IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

STACY WIHEBRINK, Individually and on
Behalf of All Others Similarly Situated                              PLAINTIFF

v.                       Case No. 4:21-cv-573-DPM

LIFE STRATEGIES COUNSELING, INC.                                   DEFENDANTS

## MOTION FOR SUMMARY JUDGMENT

Comes now defendant,(hereinafter "LSCI"), by and through its attorneys, Womack Phelps Puryear Mayfield & McNeil, P.A., and for its Motion for Summary Judgment, states:

1. Plaintiffs have sued LSCI based on the Fair Labor Standards Act, ("FLSA"), 29 U.S.C. § 201 *et seq.,* and the Arkansas Minimum Wage Act ("AMWA"), Ark. Code Ann. § 11-4-201 *et seq.*; and they seek overtime wages and liquidated damages.

2. LSCI is entitled to judgment as a matter of law as to all claims filed by Plaintiff and the Opt Ins, all of whom have admitted that they did not work more than 40 hours in any single week, did not work any overtime, or both.

3. Opt Ins Butler, Evans, Liddell and Pickrom claim time that is outside the statute of limitations.

4. Opt-Ins Austion, Burks, Butler, Counts, Dickerson, Haliburton, O'Guinn and Pickrom concede they cannot present an estimate of overtime.

5. Alternatively, claims that the billable hourly rate is the regular rate are speculative and contradict the pertinent regulations and case law, such that partial summary judgment should issue.

6. There is no genuine dispute of material fact as to these claims.

7. Pursuant to Federal Rule of Civil Procedure 56, LSCI moves the Court for the entry of summary judgment, or alternatively partial summary judgment, with respect to the foregoing claims.

8. In support of this motion, LSCI files contemporaneously herewith:

    a. memorandum brief; and

    b. statement of undisputed, material facts.

9. In further support of this motion, LSCI attaches the following:

    a. Declaration of Nellie Caldwell (Exhibit A);

    b. Requests for Admissions of Plaintiff and Opt-Ins (Exhibit B);

    c. Transcript of Non-Appearance of West and Wineland with Notices of Deposition of West and Wineland (Exhibit C).

    d. Deposition Excerpts, Stacy Wihebrink (Exhibit D).

    e. Deposition Excerpts, Jenifer Williamson (Exhibit E).

    f. Deposition Excerpts, Shelby Barnhill (Exhibit F).

    g. Deposition Excerpts, Paul Bailey (Exhibit G).

    h. Deposition Excerpts, Cherie Buckley (Exhibit H).

WHEREFORE, defendant, Life Strategies Counseling, Inc., prays that this Court grant its motion for summary judgment, or partial summary judgment, as set forth herein; and for all other relief to which it is entitled.

        Respectfully submitted,

        Mark Mayfield (93180)
        WOMACK PHELPS
        PURYEAR MAYFIELD & McNEIL, P.A.
        P.O. Box 3077
        Jonesboro, AR 72403
        Phone:  (870) 932-0900
        Facsimile:  (870) 932-2553

        By: /s/ Mark Mayfield
          *Attorneys for Defendant,*
          *Life Strategies Counseling, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 17th day of April, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Mr. Daniel Ford
Mr. Josh Sanford
SANFORD LAW FIRM, PLLC
One Financial Center
650 South Shackleford, Suite 411
Little Rock, Arkansas 72211
merideth@sanfordlawfirm.com
josh@sanfordlawfirm.com

        /s/ Mark Mayfield
        Mark Mayfield