IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

STACY WIHEBRINK, Individually and on
Behalf of All Others Similarly Situated                                    PLAINTIFF

v.                              No. 4:21-cv-573-DPM

LIFE STRATEGIES COUNSELING, INC.                                          DEFENDANT

### DECLARATION OF NELLIE CALDWELL

I, Nellie Caldwell, do hereby make the following declaration, which is based on my personal knowledge:

1. I am currently the Director of Compliance for Life Strategies Counseling, Inc.

2. I have been with Life Strategies Counseling, Inc. for a number of years, and have primarily worked with billing and communication with payroll, however, as part of that, part of my responsibility is included knowledge and familiarity and working with the billing and payroll systems.

3. I am authorized to speak on the topics that are addressed below.

4. Life Strategies Counseling, Inc. provides mental health services. Some services that are provided are school based and the type of therapy generally consists of individual family and group therapy.

5. Life Strategies Counseling, Inc. hires mental health professionals to perform the work. Roles differ by each office location. In some offices Life Strategies Counseling, Inc. provides school-based therapy. Some therapists do not perform school-based therapy. Some therapists provide group therapy while others do not.



6. Some therapists are part-time or even PRN. If the person is part-time, we will bill on average less than twenty-two (22) hours per week. This designation of part-time is for meeting the requirements of the affordable care act and is not a designation that denotes whether a person works forty (40) hours during a work week.

7. Even amongst full-time therapists, the hours billed vary.

8. Work also varies by office location, whether it is rural and whether the therapist sees clients in the office.

9. When employees begin, they are trained in certain items and that training is conducted on-site. Such training includes the requirements for a billable hour, what is required for group therapy and the responsibilities of the mental health professional. At the time of training, a person does not have any active clients and is not required to enter notes except for the purposes of that training.

10. Tequlia Pickrom and Casey Butler only completed initial training. Neither worked beyond the initial training.

11. At the end of 2019, Life Strategies Counseling, Inc. changed payroll companies. With that change, Life Strategies Counseling, Inc. transitioned from biweekly pay to semimonthly pay.

12. In reviewing the pay records produced, the following individuals billed in either the single digits, the low double digits or teens on a weekly basis: Lisa Austion, Beverly Counts, Sabrina Dickerson, Michael Evans, Ashley Haliburton, Kenya Liddell, and Sasha O'Guinn.

13. The following individuals were last employed in 2018: Michael L. Evans, Kenya Liddell, Tequilia Pickrom, and Casey Butler.

14. When employees began their work, they sign an agreement which indicates their billable hour rate. Attached as Exhibit 1 are the copies of the documents for Ms. Wihebrink and individuals involved in this matter.

15. Attached as Exhibit 2 are documents concerning the payment of group hours. Group hours are paid by unit by person.

16. Life Strategies Counseling, Inc. also provides training/staffing/in-service. Those amounts are paid at a set rate which is one half (½) of the hourly billing rate.

17. For the parties and the dates that they are claiming, there was no additional agreement that payments would be made other than the amounts for the billable hour, group units and training/staffing/in-service.

18. The billable hour rate provides compensation for all the time required to complete the task of mental health therapy.

19. Mental Health Professionals had, and still have, online access to their pay stubs. The pay infromation includes the billable hours, group units, and the hours for training/in-service. During employment, mental health professional would have access to their billing records to show what was accepted for payment.

20. Further, the declarant saith not.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 14th day of April, 2023.

*Nellie Caldwell*
Nellie Caldwell, Director of Compliance
Life Strategies Counseling, Inc.



4/16/19

Stacy Wihebrink

Dear Stacy:

Based on a review of your credentials and experience, we would like to extend an offer of employment as a **Mental Health Professional at a billable hour rate of $50**, contingent upon passing background and reference checks.

- Orientation will begin on *Monday, May 6th, 2019*, at <u>9:00 am</u>, **2809 Forest Home Rd., Jonesboro**. Three days of orientation **Monday - Wednesday**, will be at this location.
- We will pay for you hotel room for Monday and Tuesday nights. We will give you that information at orientation.
- We will pay you a stipend of $900 plus billing for training from 5/6/19 until 5/15/19 (paid on 5/24/19), then convert to the billable hour rate thereafter.
- Dress code for orientation is "Business Casual".
- Please refer to the benefits matrix and/or the employee handbook for information about all other benefits.
- We will need copies of several items for your file. Please bring copies of the following with you:

    1. Copy of Therapist or wallet card
    2. College Degrees and/or high school diploma
    3. College transcript(s) – (unofficial are ok if I have copies of your college degrees)
    4. Driver's license and Social Security Card or other ID as listed on the I-9 form
    5. Copy of Automobile Insurance
    6. Proof of CPR / First Aid (we will provide information about this if you do not have it)
    7. Two letters of professional recommendations (we have a check box form you can use – we can give it to you at orientation)
    8. Please **EMAIL** an updated copy of resume with LSCI listed as current employer as of 5/6/19
    9. Voided check for direct deposit (or letter from bank with information)
    10. NPI Number (if you don't have, we'll show you how to apply for one)

- ==Pre-employment drug screens and backgrounds checks== must be completed before you start employment. Please contact 870-972-5565 to make arrangements to complete these.
- We have 3 options for using computers: 1) Bring your own laptop to use  2) you can use our desk top computers in the office computer lab  3) You may RENT TO OWN a new Chromebook from us for $325 - we can do payroll deductions for amounts as low as $25 per paycheck.
- Please ==email me back== that you received this email and let me know <u>what you would like to do as far as a computer.</u>

Computer Information:
Acer Commerical 15.6" Chromebook, Chrome OS, Intel Celeron N8010 Dual-Core Processor, 2GB RAM, 16GB SSD

*Wihebrink et al. v. Life Strategies, Inc.*
**Defendant's Deposition Exhibit No. 1**

LSCI_002467

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

> Here are the steps you need to take if a client at the current clinic where you work would like to follow you to Life Strategies:
>
> If they ask where you are going, you can tell them and provide contact information for our clinic. You need to clearly inform them of these 3 things:
>
> 1) They will be seeing a different Doctor/APRN for med management and psychiatric evaluation.
> 2) A new MHP will be completing their intake. You will be assigned to this client after the intake is completed.
> 3) You are not allowed to inform LSCI about any of their information. They must provide that information to us over the phone.
>
> You will need to provide 3 referral options:
>
> 1) Life Strategies Counseling Inc.
> 2) Their current clinic
> 3) At least 1 more outpatient clinic

Please sign, date and return your acceptance of this offer. Your employment is a voluntary one and your employment is at will. "At will" means that you or Life Strategies may terminate your employment at any time, with or without cause or advance notice.

If you have any questions, please do not hesitate to contact Shannon Ayers or me at 870-972-5565. We are very excited to have you join the LSCI team!

Sincerely,

*Kendra Fite*

Kendra Fite, SPHR
VP of Human Resources

Acceptance Date: 05/06/19

Signature: *Stacy Webbrink* [signature]

LSCI_002468

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



1/9/20

Stacy Wihebrink, LPC

Dear Stacy:

Based on a review of your credentials and experience, we would like to extend an offer of employment as a **Mental Health Professional at a billable hour rate of $50,** contingent upon passing drug test, background checks, licensure in Arkansas and reference checks.

- Orientation will begin on *Tuesday, January 14th*, at *9:00 am*, **2809 Forest Home Rd., Jonesboro**. Three days of orientation **Tuesday - Thursday,** will be at this location.
- We will pay you training pay of $1,700 for training (paid on 1/30/19), then convert to the billable hour rate thereafter. If you terminate before completion of training, this pay will be prorated.
- Hotel reservations will be paid for you to stay Tuesday, and Wednesday nights. We will give you that information at orientation.
- Dress code for orientation is "Business Casual".
- Please refer to the benefits matrix and/or the employee handbook for information about all other benefits.
- We will need copies of several items for your file. Please bring copies of the following with you:

    1. Driver's license and Social Security Card or other ID as listed on the I-9 form
    2. Copy of Automobile Insurance
    3. Proof of CPR / First Aid (we will provide information about this if you do not have it)
    4. Please **EMAIL** an updated copy of resume with LSCI listed as current employer as of your hire date.
    5. Voided check for direct deposit (or letter from bank with information)
    6. Bring your laptop to orientation!

- Pre-employment drug screens and backgrounds checks must be completed before you start employment. Please contact your local office or 870-972-5565 to make arrangements to complete these.

*Wihebrink et al. v. Life Strategies, Inc.*
**Defendant's Deposition Exhibit No. 7**

---

Here are the steps you need to take if a client at the current clinic where you work would like to follow you to Life Strategies:

If they ask where you are going, you can tell them and provide contact information for our clinic. You need to clearly inform them of these 3 things:

1) They will be seeing a different Doctor/APRN for med management and psychiatric evaluation.
2) A new MHP will be completing their intake. You will be assigned to this client after the intake is completed.
3) You are not allowed to inform LSCI about any of their information. They must provide that information to us over the phone.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

LSCI_002427

You will need to provide 3 referral options:

1) Life Strategies Counseling Inc.
2) Their current clinic
3) At least 1 more outpatient clinic

Please sign, date and return your acceptance of this offer. Your employment is a voluntary one and your employment is at will. "At will" means that you or Life Strategies may terminate your employment at any time, with or without cause or advance notice.

If you have any questions, please do not hesitate to contact Shannon Ayers or me at 870-972-5565. We are very excited to have you join the LSCI team!

Sincerely,

*Kendra Fite*

Kendra Fite, SPHR
VP of Human Resources

Acceptance Date: 01/09/2020

Signature: *Stacy Wihebrink*

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

LSCI_002428



10/02/20

Shelby Barnhill

Dear Shelby:

Based on a review of your credentials and experience, we would like to extend an offer of employment as a **Mental Health Professional at a billable hour rate of $42,** contingent upon passing drug test, background checks, licensure in Arkansas and reference checks We will also pay you a $1,500 sign on bonus with the agreement that you will continue employment for two (2) years of your official start date. If you terminate employment with LSCI before the completion of this two (2) year agreement, by your signature below, you agree to repay the $1,500 sign on bonus.

Orientation will begin on *Tuesday, October 13th* at 9:00 am, **2809 Forest Home Road, Jonesboro AR** and will extend through Thursday, October 15th. All 3 days of training will be held at this location.
- We will pay you training pay of $1,500 for training (paid on the last day of the month post training), then convert to the billable hour rate thereafter. If you terminate before completion of training, this pay will be prorated.
- Dress code for orientation is "Business Casual".
- Please refer to the benefits matrix and/or the employee handbook for information about all other benefits.
- We will need copies of several items for your file. Please bring copies of the following with you:

    1. Copy of Therapist or wallet card
    2. College Degrees and/or high school diploma
    3. College transcript(s) – (unofficial are ok if I have copies of your college degrees)
    4. Driver's license and Social Security Card or other ID as listed on the I-9 form
    5. Copy of Automobile Insurance
    6. Proof of CPR / First Aid (we will provide information about this if you do not have it)
    7. Two letters of professional recommendations (we have a check box form you can use – we can give it to you at orientation)
    8. Please EMAIL an updated copy of resume with LSCI listed as current employer as of your hire date.
    9. Voided check for direct deposit (or letter from bank with information)
    10. NPI Number (if you don't have, we'll show you how to apply for one)

- Pre-employment drug screens and backgrounds checks must be completed before you start employment. Please contact your local office or 870-972-5565 to make arrangements to complete these.
- We have 2 options for using computers: 1) Bring your own laptop to use  2) you can use our desk top computers in the office computer lab
- Please email me back that you received this email and let me know <u>what you would like to do as far as a computer.</u>

*Wihebrink et al. v. Life Strategies, Inc.*
**Defendant's Deposition Exhibit No. 22**

LSCI_001152

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

> Here are the steps you need to take if a client at the current clinic where you work would like to follow you to Life Strategies:
>
> If they ask where you are going, you can tell them and provide contact information for our clinic. You need to clearly inform them of these 3 things:
>
> 1) They will be seeing a different Doctor/APRN for med management and psychiatric evaluation.
> 2) A new MHP will be completing their intake. You will be assigned to this client after the intake is completed.
> 3) You are not allowed to inform LSCI about any of their information. They must provide that information to us over the phone.
>
> You will need to provide 3 referral options:
>
> 1) Life Strategies Counseling Inc.
> 2) Their current clinic
> 3) At least 1 more outpatient clinic

Please sign, date and return your acceptance of this offer. Your employment is a voluntary one and your employment is at will. "At will" means that you or Life Strategies may terminate your employment at any time, with or without cause or advance notice.

If you have any questions, please do not hesitate to contact Shannon Ayers or me at 870-972-5565. We are very excited to have you join the LSCI team!

Sincerely,

*Kristen Austin*

Kristen Austin
Recruiting Specialist

Acceptance Date: 10/13/20

Signature: *Sulhy K Bamlull*

LSCI_001153

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



5/16/19

Jenifer Kay Williamson, LPC

Dear Jenifer:

Based on a review of your credentials and experience, we would like to extend an offer of employment as a **Mental Health Professional at a billable hour rate of $50**, contingent upon passing background and reference checks.

- Orientation will begin on **Monday, June 3rd, 2019**, at **9:00 am**, **2809 Forest Home Rd., Jonesboro**. Three days of orientation **Monday - Wednesday**, will be at this location.
- We will pay for you hotel room for Monday and Tuesday nights. We will give you that information at orientation.
- We will pay you a stipend of $900 plus billing for training from 6/3/19 until 6/12/19 (paid on 6/21/19), then convert to the billable hour rate thereafter.
- Dress code for orientation is "Business Casual".
- Please refer to the benefits matrix and/or the employee handbook for information about all other benefits.
- We will need copies of several items for your file. Please bring copies of the following with you:

    1. Copy of Therapist or wallet card
    2. College Degrees and/or high school diploma
    3. College transcript(s) – (unofficial are ok if I have copies of your college degrees)
    4. Driver's license and Social Security Card or other ID as listed on the I-9 form
    5. Copy of Automobile Insurance
    6. Proof of CPR / First Aid (we will provide information about this if you do not have it)
    7. Two letters of professional recommendations (we have a check box form you can use – we can give it to you at orientation)
    8. Please **EMAIL** an updated copy of resume with LSCI listed as current employer as of 6/3/19
    9. Voided check for direct deposit (or letter from bank with information)
    10. NPI Number (if you don't have, we'll show you how to apply for one)

- Pre-employment drug screens and backgrounds checks must be completed before you start employment. Please contact your local office or 870-972-5565 to make arrangements to complete these.
- We have 3 options for using computers: 1) Bring your own laptop to use  2) you can use our desk top computers in the office computer lab  3) You may RENT TO OWN a new Chromebook from us for $325 - we can do payroll deductions for amounts as low as $25 per paycheck.
- Please email me back that you received this email and let me know what you would like to do as far as a computer.

Computer Information:
Acer Commerical15.6" Chromebook, Chrome OS, Intel Celeron N8010 Dual-Core Processor, 2GB RAM, 16GB SSD

*Wihebrink et al. v. Life Strategies, Inc.*
**Defendant's Deposition Exhibit No. 34**

LSCI_002646

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

> Here are the steps you need to take if a client at the current clinic where you work would like to follow you to Life Strategies:
>
> If they ask where you are going, you can tell them and provide contact information for our clinic. You need to clearly inform them of these 3 things:
>
> 1) They will be seeing a different Doctor/APRN for med management and psychiatric evaluation.
> 2) A new MHP will be completing their intake. You will be assigned to this client after the intake is completed.
> 3) You are not allowed to inform LSCI about any of their information. They must provide that information to us over the phone.
>
> You will need to provide 3 referral options:
>
> 1) Life Strategies Counseling Inc.
> 2) Their current clinic
> 3) At least 1 more outpatient clinic

Please sign, date and return your acceptance of this offer. Your employment is a voluntary one and your employment is at will. "At will" means that you or Life Strategies may terminate your employment at any time, with or without cause or advance notice.

If you have any questions, please do not hesitate to contact Shannon Ayers or me at 870-972-5565. We are very excited to have you join the LSCI team!

Sincerely,

*Kendra Fite*

**Kendra Fite, SPHR**
**VP of Human Resources**

Acceptance Date: 6-3-19

Signature: *Jennifer Kay Williamson*

LSCI_002647

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



## Personnel Action Form

Date: 1-2-18

Employee Name: Paul Bailey

Job/Location: MHP Marion   B14/Osceola

**Type of Action:**
- ☐ New Hire
- ☐ Promotion
- ☐ Position Change
- ☐ Salary Change
- ☐ Bonus
- ☐ Annual Review
- ☐ Termination
- ☐ Status Change
- ☒ Other  area of addition

**Employment Status:**  ☐ Full-time   ☐ Part-time   ☐ PRN

**Salary Information – New Hire**

Hire Date: _____

Rate of Pay: $ 50 Hourly   $ _____ Salary   $ _____ Billable Hour    for Marion Clients

Training Pay: $ _____ first week   $ _____ second week

**Salary/Position Change:**

Proposed Salary Change Effective Date: 1-4-18

Rate of Pay: $ 50.— Hourly   $ _____ Salary   $ _____ Billable Hour
$ _____ Bonus   $ _____ Other

New Position: _____   Location: _____

Other: for Marion Clients

**Termination:**
Last day worked: _____   Eligible for Rehire: ☐ Yes ☐ No
Reason:   ☐ Resignation ☐ Discharge-Reason _____

Requested by signature _____

Approved by:   Dawn Mitchell  *See attached*   Kendra Fite  KFite
Dr. Wolters _____   Nellie Caldwell _____

LSCI 1018/2017

*Wihebrink et al. v. Life Strategies, Inc.*
**Defendant's Deposition Exhibit No. 46**

LSCI_000825

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



7/31/19

Cherie Buckley

Dear Cherie:

Based on a review of your credentials and experience, we would like to extend an offer of employment as a **Mental Health Professional at a billable hour rate of $42,** contingent upon passing drug test, background, licensure in Arkansas and reference checks.

- Orientation will begin on *Monday, August 12th, 2019,* at <u>9:00 am,</u> **2809 Forest Home Rd., Jonesboro**. Three days of orientation **Monday - Wednesday,** will be at this location.
- We will pay you a stipend of $900 plus billing for training from 8/12/19 until 8/21/19 (paid on 8/30/19), then convert to the billable hour rate thereafter.
- We will pay for you hotel room for Monday and Tuesday nights. We will give you that information at orientation.
- Dress code for orientation is "Business Casual".
- Please refer to the benefits matrix and/or the employee handbook for information about all other benefits.
- We will need copies of several items for your file. Please bring copies of the following with you:

    1. Copy of Therapist or wallet card
    2. College Degrees and/or high school diploma
    3. College transcript(s) – (unofficial are ok if I have copies of your college degrees)
    4. Driver's license and Social Security Card or other ID as listed on the I-9 form
    5. Copy of Automobile Insurance
    6. Proof of CPR / First Aid (we will provide information about this if you do not have it)
    7. Two letters of professional recommendations (we have a check box form you can use – we can give it to you at orientation)
    8. Please **EMAIL** an updated copy of resume with LSCI listed as current employer as of 8/12/19
    9. Voided check for direct deposit (or letter from bank with information)
    10. NPI Number (if you don't have, we'll show you how to apply for one)

- Pre-employment drug screens and backgrounds checks must be completed before you start employment. Please contact your local office or 870-972-5565 to make arrangements to complete these.
- We have 3 options for using computers: 1) Bring your own laptop to use  2) you can use our desk top computers in the office computer lab  3) You may RENT TO OWN a new Chromebook from us for $325 - we can do payroll deductions for amounts as low as $25 per paycheck.
- Please email me back that you received this email and let me know <u>what you would like to do as far as a computer.</u>

Computer Information:
Acer Commerical 15.6" Chromebook, Chrome OS, Intel Celeron N8010 Dual-Core Processor, 2GB RAM, 16GB SSD

*Wihebrink et al. v. Life Strategies, Inc.*
**Defendant's Deposition Exhibit No. 56**

LSCI_001305

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

> Here are the steps you need to take if a client at the current clinic where you work would like to follow you to Life Strategies:
>
> If they ask where you are going, you can tell them and provide contact information for our clinic. You need to clearly inform them of these 3 things:
>
> 1) They will be seeing a different Doctor/APRN for med management and psychiatric evaluation.
> 2) A new MHP will be completing their intake. You will be assigned to this client after the intake is completed.
> 3) You are not allowed to inform LSCI about any of their information. They must provide that information to us over the phone.
>
> You will need to provide 3 referral options:
>
> 1) Life Strategies Counseling Inc.
> 2) Their current clinic
> 3) At least 1 more outpatient clinic

Please sign, date and return your acceptance of this offer. Your employment is a voluntary one and your employment is at will. "At will" means that you or Life Strategies may terminate your employment at any time, with or without cause or advance notice.

If you have any questions, please do not hesitate to contact Shannon Ayers or me at 870-972-5565. We are very excited to have you join the LSCI team!

Sincerely,

*Kendra Fite*

Kendra Fite, SPHR
VP of Human Resources

Acceptance Date: 8/12/19

Signature: *C. Buckley*

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

LSCI_001306



5/7/19

Nina Harrison, LMSW

Dear Nina:

Based on a review of your credentials and experience, we would like to extend an offer of employment as a **Mental Health Professional at a billable hour rate of $42,** contingent upon passing background and reference checks.

- Orientation will begin on **Monday, May 20th, 2019**, at **9:00 am**, **1719 Merrill Drive, Little Rock**.
- We will pay you a stipend of $900 plus billing for training from 5/20/19 until 5/29/19 (paid on 6/7/19), then convert to the billable hour rate thereafter.
- Dress code for orientation is "Business Casual".
- Please refer to the benefits matrix and/or the employee handbook for information about all other benefits.
- We will need copies of several items for your file. Please bring copies of the following with you:

    1. Copy of Therapist or wallet card
    2. College Degrees and/or high school diploma
    3. College transcript(s) – (unofficial are ok if I have copies of your college degrees)
    4. Driver's license and Social Security Card or other ID as listed on the I-9 form
    5. Copy of Automobile Insurance
    6. Proof of CPR / First Aid (we will provide information about this if you do not have it)
    7. Two letters of professional recommendations (we have a check box form you can use – we can give it to you at orientation)
    8. Please **EMAIL** an updated copy of resume with LSCI listed as current employer as of 5/20/19
    9. Voided check for direct deposit (or letter from bank with information)
    10. NPI Number (if you don't have, we'll show you how to apply for one)

- Pre-employment drug screens and backgrounds checks must be completed before you start employment. Please contact 870-972-5565 to make arrangements to complete these if you have not already completed them.
- We have 3 options for using computers: 1) Bring your own laptop to use  2) you can use our desk top computers in the office computer lab   3) You may RENT TO OWN a new Chromebook from us for $325 - we can do payroll deductions for amounts as low as $25 per paycheck.
- Please email me back that you received this email and let me know what you would like to do as far as a computer.

Computer Information:
Acer Commerical15.6" Chromebook, Chrome OS, Intel Celeron N8010 Dual-Core Processor, 2GB RAM, 16GB SSD

Here are the steps you need to take if a client at the current clinic where you work would like to follow you to Life Strategies:

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

LSCI_001738

If they ask where you are going, you can tell them and provide contact information for our clinic. You need to clearly inform them of these 3 things:

1) They will be seeing a different Doctor/APRN for med management and psychiatric evaluation.
2) A new MHP will be completing their intake. You will be assigned to this client after the intake is completed.
3) You are not allowed to inform LSCI about any of their information. They must provide that information to us over the phone.

You will need to provide 3 referral options:

1) Life Strategies Counseling Inc.
2) Their current clinic
3) At least 1 more outpatient clinic

Please sign, date and return your acceptance of this offer. Your employment is a voluntary one and your employment is at will. "At will" means that you or Life Strategies may terminate your employment at any time, with or without cause or advance notice.

If you have any questions, please do not hesitate to contact Shannon Ayers or me at 870-972-5565. We are very excited to have you join the LSCI team!

Sincerely,

*Kendra Fite*

Kendra Fite, SPHR
VP of Human Resources

Acceptance Date: 5/10/19

Signature: *[signature]*

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

LSCI_001739



12/11/19

Cristina Puckett

Dear Cristina:

Based on a review of your credentials and experience, we would like to extend an offer of employment as a **Mental Health Professional at a billable hour rate of $42,** contingent upon passing drug test, background checks, licensure in Arkansas and reference checks. We will also pay you a $1,000 sign on bonus with the agreement that you will continue employment with us for two (2) years from your official start date. If you terminate employment with LSCI before the completion of this two (2) year agreement, by your signature below, you agree to repay the $1,000 sign on bonus.

- Orientation will begin on *Tuesday, January 14th*, at <u>9:00 am</u>, **2809 Forest Home Rd., Jonesboro**. Three days of orientation **Tuesday - Thursday**, will be at this location.
- We will pay you training pay of $1,500 for training (paid on 1/30/19), then convert to the billable hour rate thereafter. If you terminate before completion of training, this pay will be prorated.
- Hotel reservations will be paid for you to stay Monday, Tuesday, and Wednesday nights. Shannon Ayers (HR Coordinator) will email you that information.
- Dress code for orientation is "Business Casual".
- Please refer to the benefits matrix and/or the employee handbook for information about all other benefits.
- We will need copies of several items for your file. Please bring copies of the following with you:

    1. Copy of Therapist or wallet card
    2. College Degrees and/or high school diploma
    3. College transcript(s) – (unofficial are ok if I have copies of your college degrees)
    4. Driver's license and Social Security Card or other ID as listed on the I-9 form
    5. Copy of Automobile Insurance
    6. Proof of CPR / First Aid (we will provide information about this if you do not have it)
    7. Two letters of professional recommendations (we have a check box form you can use – we can give it to you at orientation)
    8. Please **EMAIL** an updated copy of resume with LSCI listed as current employer as of your hire date.
    9. Voided check for direct deposit (or letter from bank with information)
    10. NPI Number (if you don't have, we'll show you how to apply for one)

- Pre-employment drug screens and backgrounds checks must be completed before you start employment. Please contact your local office or 870-972-5565 to make arrangements to complete these.
- We have 3 options for using computers: 1) Bring your own laptop to use  2) you can use our desk top computers in the office computer lab   3) You may RENT TO OWN a new Chromebook from us for $325 - we can do payroll deductions for amounts as low as $25 per paycheck.
- Please email me back that you received this email and let me know <u>what you would like to do as far as a computer.</u>

**LSCI_001929**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Computer Information:
Acer Commerical 15.6" Chromebook, Chrome OS, Intel Celeron N8010 Dual-Core Processor, 2GB RAM, 16GB SSD

Here are the steps you need to take if a client at the current clinic where you work would like to follow you to Life Strategies:

If they ask where you are going, you can tell them and provide contact information for our clinic. You need to clearly inform them of these 3 things:

1) They will be seeing a different Doctor/APRN for med management and psychiatric evaluation.
2) A new MHP will be completing their intake. You will be assigned to this client after the intake is completed.
3) You are not allowed to inform LSCI about any of their information. They must provide that information to us over the phone.

You will need to provide 3 referral options:

1) Life Strategies Counseling Inc.
2) Their current clinic
3) At least 1 more outpatient clinic

Please sign, date and return your acceptance of this offer. Your employment is a voluntary one and your employment is at will. "At will" means that you or Life Strategies may terminate your employment at any time, with or without cause or advance notice.

If you have any questions, please do not hesitate to contact Shannon Ayers or me at 870-972-5565. We are very excited to have you join the LSCI team!

Sincerely,

*Kendra Fite*

Kendra Fite, SPHR
VP of Human Resources

Acceptance Date: 12/13/19

Signature: *Risun Pickett*

LSCI_001930

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



Life Strategies Counseling, Inc.

4/5/19

Sally England

Dear Sally:

Based on a review of your credentials and experience, we would like to extend an offer of employment as a **Mental Health Professional at a billable hour rate of $50,** contingent upon passing background and reference checks.

Orientation will begin on *Monday, April 22nd, 2019*, at **9:00 am**, **2809 Forest Home Rd., Jonesboro**. Three days of orientation **Monday - Wednesday,** will be at this location. We will pay you a stipend of $900 plus billing for training from 4/22/19 until 5/1/19 (paid on 5/10/19), then convert to the billable hour rate thereafter. Dress code for orientation is "Business Casual". Please refer to the benefits matrix and/or the employee handbook for information about all other benefits. I will need copies of several items for your file. Please bring the following with you:

Copy of Therapist or wallet card
College Degrees and/or high school diploma
College transcript(s) – (unofficial are ok if I have copies of your college degrees)
Driver's license and Social Security Card or other ID as listed on the I-9 form
Copy of Automobile Insurance
Proof of CPR / First Aid (we will provide information about this if you do not have it)
Two letters of professional recommendations (we have a check box form you can use – we can give it to you at orientation)
Please **EMAIL** an updated copy of resume with LSCI listed as current employer as of 4/22/19
Voided check for direct deposit (or letter from bank with information)
NPI Number (if you don't have, we'll show you how to apply for one)

Please sign, date and return your acceptance of this offer. Your employment is a voluntary one and your employment is at will. "At will" means that you or Life Strategies may terminate your employment at any time, with or without cause or advance notice.

If you have any questions, please do not hesitate to contact Shannon Ayers or me at 870-972-5565. We are very excited to have you join the LSCI team!

Sincerely,

*Kendra Fite*

Kendra Fite, SPHR
Director of Human Resources

Acceptance Date: 4-22-19

Signature: *Sally England*

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

LSCI_001452