1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

CENTRAL DIVISION

STACY WIHEBRINK, Individually and on
Behalf of All Others Similarly Situated           PLAINTIFF

VS.                    NO. 4:21-cv-573-DPM

LIFE STRATEGIES COUNSELING, INC.                  DEFENDANT

STATEMENT FOR THE RECORD

TAKEN MARCH 22, 2023, AT 12:25 P.M.

Conway Court Reporting

21043 Natalie Lane

Little Rock, Arkansas  72206

www.conwaycourtreporting.com

"Spoken to written . . . word for word"

Conway Office: 501.679.1488   Little Rock Office: 501.319.4807

Conway Court Reporting



5dcd820c-d34b-4a7c-a9a4-5315aa6f357d

2

A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFF:

MR. COLBY QUALLS

Sanford Law Firm, PLLC

Kirkpatrick Plaza

10800 Financial Centre Parkway, Suite 510

Little Rock, AR  72211


ON BEHALF OF THE DEFENDANT:

MR. MARK MAYFIELD

Womack, Phelps, Puryear, Mayfield & McNeil, P.A.

P.O. Box 3077

Jonesboro, AR  72403

3

I N D E X

STYLE AND NUMBER. . . . . . . . . . . . . . . . . . . . . . . . 1

APPEARANCES . . . . . . . . . . . . . . . . . . . . . . . . . 2

STIPULATION PAGE  . . . . . . . . . . . . . . . . . . . . . . 4

STATEMENT FOR THE RECORD

    By Mr. Mayfield . . . . . . . . . . . . . . . . . . . . 5

    Statement Concluded  . . . . . . . . . . . . . . . . . . 6

COURT REPORTER'S CERTIFICATE  . . . . . . . . . . . . . . . 7-8

E X H I B I T S

EXHIBITS:                                              IDENTIFIED:

**A.**    Collective Exhibit of two Notices of Deposition  . . . . 6


CONWAY COURT REPORTING - 501.679.1488 or 501.319.4807

www.conwaycourtreporting.com

4

C A P T I O N

STATEMENT FOR THE RECORD, taken in the above-styled and numbered cause on the 22nd day of March, 2023, at 12:25 p.m., at the law offices of Womack, Phelps, Puryear, Mayfield & McNeil, 301 West Washington, Suite 300, Jonesboro, Arkansas, pursuant to the Arkansas Rules of Civil Procedure.

\* \* \* \* \* \* \* \* \*

```
                                                          5
 1                P R O C E E D I N G S
 2          MR. MAYFIELD:  This is Mark Mayfield.  It is
 3     12:25 on Wednesday, March 22nd, 2023.  We had noticed
 4     two depositions, one for 1:30 today, and by agreement
 5     we're actually in Jonesboro.  We had actually
 6     originally noticed the deposition for Little Rock but
 7     had worked with counsel for the plaintiff and for the
 8     opt-ins, Sanford Law Firm, to set depositions.
 9          The first was for Cathleen West, which was
10     actually set for yesterday, and we had other
11     depositions, and Ms. West did not appear.  It was set
12     for yesterday at 1:00.  There's also a Destiny
13     Wineland that was set for today beginning at 1:30.
14     My understanding is that there's not -- the folks at
15     the Sanford Law Firm have not been able to get word
16     or something firmed up with that.
17          I'm making a record today simply to acknowledge
18     the notice.  We're not waiving any rights.  However,
19     it's my intent to work with Mr. Qualls, Mr. Ford, and
20     the other folks at Sanford Law Firm if we can do that
21     in some agreeable manner to be able to get those
22     depositions accomplished.  But while I'm trying to do
23     that and trying to work, and I know that they're
24     trying to work, and none of this has any -- casts any
25     dispersions on them -- or aspersions.  I do want to
```

5dcd820c-d34b-4a7c-a9a4-5315aa6f357d

```
                                                                6
 1         make the record and reserve rights if, in fact,
 2         they're not able to get in touch with these folks or
 3         these folks are not responsive in some way.
 4               And I will make as exhibits the Notices of
 5         Deposition and make those just collectively as
 6         Exhibit A.
 7               (WHEREUPON, Exhibit A was marked for
 8         identification and is attached hereto.)
 9               MR. MAYFIELD:  That's it.  Do you have anything?
10               MR. QUALLS:  No.  I'm good.
11               MR. MAYFIELD:  Okay.  Thank you.
12
13               (WHEREUPON, the statement was concluded in the
14         matter at 12:27 p.m. on March 22, 2023.)
15                         *******************
16
17
18
19
20
21
22
23
24
25
```

C E R T I F I C A T E

STATE OF ARKANSAS    )
                    )ss
COUNTY OF SHARP      )

    I, Melanie Heath, Certified Court Reporter #870 and Notary Public, do hereby certify that the facts stated by me in the caption on the foregoing proceedings are true; and that the foregoing proceedings were reported verbatim through the use of the voice-writing method and thereafter transcribed by me or under my direct supervision to the best of my ability, taken at the time and place set out on the caption hereto.

    I FURTHER CERTIFY, that I am not a relative or employee of any attorney or employed by the parties hereto, nor financially interested or otherwise, in the outcome of this action, and that I have no contract with the parties, attorneys, or persons with an interest in the action that affects or has a substantial tendency to affect impartiality, that requires me to relinquish control of an original deposition transcript or copies of the transcript before it is certified and delivered to the custodial attorney, or that requires me to provide any service not made available to all parties to the action.

8

WITNESS MY HAND AND SEAL this 5th day of April, 2023.


MELANIE HEATH, CCR

Certified Court Reporter #870

My Notary Expires: 11-18-32



EXHIBIT
A

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

STACY WIHEBRINK, Individually and on　　　　　　　　　　　　　　PLAINTIFF
Behalf of All Others Similarly Situated

v.　　　　　　　　　　　No. 4:21-cv-573-DPM

LIFE STRATEGIES COUNSELING, INC.　　　　　　　　　　　　　　DEFENDANT

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, the oral deposition of DESTINY WINELAND will be taken on Wednesday, March 22, 2023, beginning at 1:30 p.m., at the offices of SANFORD LAW FIRM, PLLC, Kirkpatrick Plaza, 10800 Financial Centre Pkwy, Suite 510, Little Rock, Arkansas 72211.

The person designated shall appear before a certified court reporter, at the time and place stated above for the purpose of giving her testimony.

DATED this 13th day of March, 2023.

Respectfully submitted,

Mark Mayfield (93180)
Jeffrey W. Puryear (93109)
WOMACK PHELPS
PURYEAR MAYFIELD & McNEIL, P.A.
P.O. Box 3077
Jonesboro, AR  72403
Phone:  (870) 932-0900
Facsimile:  (870) 932-2553

By__/s/ Mark Mayfield_____
　　Attorneys for Defendant,
　　Life Strategies Counseling, Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 13th day of March, 2023, I emailed the foregoing pleading to the following:

Mr. Daniel Ford
Mr. Josh Sanford
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
daniel@sanfordlawfirm.com
josh@sanfordlawfirm.com
      *Attorneys for Plaintiff*

                                      /s/ Mark Mayfield
                                      Mark Mayfield

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

STACY WIHEBRINK, Individually and on　　　　　　　　　　　　PLAINTIFF
Behalf of All Others Similarly Situated

v.　　　　　　　　　　　No. 4:21-cv-573-DPM

LIFE STRATEGIES COUNSELING, INC.　　　　　　　　　　　　DEFENDANT

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, the oral deposition of CATHLEEN WEST will be taken on Tuesday, March 21, 2023, beginning at 1:00 p.m., at the offices of SANFORD LAW FIRM, PLLC, Kirkpatrick Plaza, 10800 Financial Centre Pkwy, Suite 510, Little Rock, Arkansas 72211.

The person designated shall appear before a certified court reporter, at the time and place stated above for the purpose of giving her testimony.

DATED this 13th day of March, 2023.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　Mark Mayfield (93180)
　　　　　　　　　　　　　　　　Jeffrey W. Puryear (93109)
　　　　　　　　　　　　　　　　WOMACK PHELPS
　　　　　　　　　　　　　　　　PURYEAR MAYFIELD & McNEIL, P.A.
　　　　　　　　　　　　　　　　P.O. Box 3077
　　　　　　　　　　　　　　　　Jonesboro, AR 72403
　　　　　　　　　　　　　　　　Phone: (870) 932-0900
　　　　　　　　　　　　　　　　Facsimile: (870) 932-2553

　　　　　　　　　　　　　　　　By__/s/ Mark Mayfield_____
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　　　　　Life Strategies Counseling, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of March, 2023, I emailed the foregoing pleading to the following:

Mr. Daniel Ford
Mr. Josh Sanford
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas  72211
daniel@sanfordlawfirm.com
josh@sanfordlawfirm.com
    *Attorneys for Plaintiff*

                                           /s/ Mark Mayfield
                                       Mark Mayfield