Paul Bailey

1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

CENTRAL DIVISION


STACY WIHEBRINK, Individually and on

Behalf of All Others Similarly Situated          PLAINTIFF


VS.                    NO. 4:21-cv-573-DPM


LIFE STRATEGIES COUNSELING, INC.                 DEFENDANT


ORAL DEPOSITION

OF

PAUL BAILEY III

TAKEN MARCH 22, 2023, AT 11:04 A.M.


Conway Court Reporting

21043 Natalie Lane

Little Rock, Arkansas   72206


www.conwaycourtreporting.com


"Spoken to written . . . word for word"


Conway Office: 501.679.1488   Little Rock Office:  501.319.4807



EXHIBIT
G

Conway Court Reporting

Paul Bailey

2

A P P E A R A N C E S


ON BEHALF OF THE PLAINTIFF:

MR. COLBY QUALLS

Sanford Law Firm, PLLC

Kirkpatrick Plaza

10800 Financial Centre Parkway, Suite 510

Little Rock, AR  72211


ON BEHALF OF THE DEFENDANT:

MR. MARK MAYFIELD

Womack, Phelps, Puryear, Mayfield & McNeil, P.A.

P.O. Box 3077

Jonesboro, AR  72403

Paul Bailey

4

C A P T I O N

ANSWERS AND ORAL DEPOSITION OF PAUL BAILEY III, a witness
produced at the request of the defendant, taken in the above-
styled and numbered cause on the 22nd day of March, 2023, at
11:04 a.m., at the law offices of Womack, Phelps, Puryear,
Mayfield & McNeil, 301 West Washington, Suite 300, Jonesboro,
Arkansas, pursuant to the Arkansas Rules of Civil Procedure.

35f1cf2a-a3a5-4636-ae31-c2851c1540b3

Paul Bailey

5

1                    P R O C E E D I N G S

2        THEREUPON,

3                         PAUL BAILEY III,

4               THE WITNESS HEREINBEFORE NAMED, having

5            been first duly cautioned and sworn by me

6            to testify to the truth, the whole truth,

7            and nothing but the truth, testified on his

8            oath as follows, to-wit:

9                         EXAMINATION

10   BY MR. MAYFIELD:

11   Q    Please state your full name for the record, sir.

12   **A**    Paul Bailey III.

ut

35f1cf2a-a3a5-4636-ae31-c2851c1540b3

Paul Bailey

16

7   Q    Okay.  So -- and let's do one other thing, just so we get

8   our time right.  If you will flip several through to Number 51.

9   That document, I'll represent to you, is a thing with respect

10  to the personnel file that's done when you start.  It bears a

11  date of November 18, 2013.  Does that sound right in terms of

12  your date of hire?

13  **A**    Yes, sir.

14  Q    Okay.  That's all I had on that.  When you went to work at

15  Life Strategies, what were you told in terms of -- how were you

16  paid?

17  **A**    Paid per billable hour.

18  Q    Okay.  So during the entirety of your time that you were

19  at Life Strategies, were you paid by the number of billable

20  hours?

21  **A**    Yes, sir.

22  Q    Okay.  I also think that there -- did you do any kind of

23  group therapy?

24  **A**    Yes, sir.

25  Q    What about if you-all had training, do you know if you'd

35f1cf2a-a3a5-4636-ae31-c2851c1540b3

Paul Bailey

17

1    be paid at a different rate for training hours?

2    **A**    I don't recall.

3    Q    When you went to work at Life Strategies, where did you go

4    to work?  Which office did you work from?

5    **A**    Osceola.

6    Q    And does the Osceola office also cover Marion or --

7    **A**    No, sir.

8    Q    Was there a -- being in the Osceola office, were you

9    covering -- well, what was kind of your territory?

10    **A**    Mississippi County.  I had to cover Blytheville, the

11    schools in Blytheville.  I had to cover the schools in Osceola.

12    I had to cover Rivercrest.

13    Q    And it looked like at some point in time you may have

14    tried to do some work in Marion for Life Strategies?

15    **A**    I think briefly I seen a few people in Marion when they

16    first opened up, but it wasn't my primary location.

17    Q    So really, your time was mostly spent in Mississippi

18    County, correct?

19    **A**    Yes, sir.

35f1cf2a-a3a5-4636-ae31-c2851c1540b3

Paul Bailey

20

```
11   Q     What types of therapy did you provide at Life Strategies?

12   A     Individual therapy, family therapy, group therapy.

13   Q     Did you do any work in any of the schools?

14   A     Yes, sir.

15   Q     Which school districts?

16   A     Osceola, Blytheville, Rivercrest.  But I think I went for

17   a short brief in Marion and West Memphis.

18   Q     In 2019 and 2020, did you have a -- and let's talk about

19   first during the school year, did you have a regular kind of

20   typical schedule that you tried to follow?

21   A     Yes, sir.

22   Q     And what was that?

23   A     Like 7:00 to 3:00.

24   Q     7:00 a.m. to 3:00 p.m.?

25   A     Yeah, somewhere around there.
```

35f1cf2a-a3a5-4636-ae31-c2851c1540b3

Paul Bailey

21

1    Q    And so -- and with the -- I can see that as kind of

2    corresponding some to school hours.  Would most or all that

3    time -- or would most of that time be spent in the schools?

4    **A**    Yes, sir.  Mostly in schools or you know, driving, you

5    know, to different --

6    Q    Going between?

7    **A**    Yes, sir.

8    Q    And would you spend -- other than your drive time, would

9    you spend your days during the school year in the schools?

10   **A**    I don't understand.

11   Q    Okay.  All right.  What I was trying to make sure of is

12   that you -- I guess was that you were doing school-based work

13   in the schools as opposed to going to a home or going to an

14   office would be -- so during the school day, your time giving

15   therapy would be in the schools themselves, not in an office

16   and not at someone's home, correct?

17   **A**    It mostly was in the school.  Every once in a while I

18   would have to go to a home or closer to the office.

19   Q    Okay.  Did you have a -- you talked about the schedule.

20   Was that 7:00 a.m. to roughly 3:00 p.m. five days a week?

21   **A**    Yes, sir.

22   Q    Did you take any breaks -- well, strike that.  I'll ask

23   that in a little bit.  Did you have a -- I'm going to go to

24   this school first and then -- well, let me ask you this way.

25   Would you spend the whole day at any one school?

35f1cf2a-a3a5-4636-ae31-c2851c1540b3

Paul Bailey

22

1   **A**    It would kind of depend on the students' schedules.  They

2   had different pull-out periods, so I couldn't just pull them

3   out anytime that I wanted to.

4   Q    Right.  And so would you try to set it where -- and I'll

5   just use this as a for instance.  Monday I'm going to be in

6   Blytheville and I'm going to try to get the folks that I need

7   to see in Blytheville all done that day.  Would you do anything

8   like that?

9   **A**    Yes, sir.  I'd try to make sure I mapped out by the town

10  so I wouldn't have to continue going back and forth to

11  Blytheville from Osceola.

12  Q    Okay.  And so were you successful in doing that, where you

13  didn't have to -- where you kind of didn't have to drive around

14  quite as much?

15  **A**    Sometimes.  Sometimes I wasn't because sometimes you would

16  show up at the school and they weren't in class for some reason

17  or they missed that day or something was going on.

18  Q    What about when -- what about on school days?  We'll stick

19  with that for the point.  What did you do?  Did you do anything

20  work-wise after school was out?

21  **A**    Yes.  Normally I had to type notes at night.

22  Q    When you talk about notes, what kind of things are you

23  talking about?

24  **A**    You have to note what your sessions were about during that

25  day.

Conway Court Reporting

35f1cf2a-a3a5-4636-ae31-c2851c1540b3

Paul Bailey

23

1    Q    So like a progress note?

2    A    Yes, sir.

3    Q    How long would it take you to do a progress note on an

4    individual?

5    A    It could take anywhere from maybe about ten minutes or so.

6    Q    Same kind of time for family therapy note?

7    A    Yes, sir.

8    Q    What about group?

9    A    It would take longer for group notes, because you have to

10   put in more people in a group note.

11   Q    When you do the group notes, if you had -- whatever the

12   number was in a group -- as I've understood it, it's more than

13   ten -- more than two, up to ten, right?

14   A    Yes, sir.

35f1cf2a-a3a5-4636-ae31-c2851c1540b3

Paul Bailey

26

19   Q   Outside of time when school was in session -- let's switch

20   to that for just a moment.  What would your schedule be like

21   then?

22   A   Outside of like when school was out, maybe about 9:00 to

23   5:00.

24   Q   Five days a week?

25   A   Yes, sir.

35f1cf2a-a3a5-4636-ae31-c2851c1540b3

Paul Bailey

27

1  Q    Since school was not in session, where would you do

2  therapy?

3  A    Normally at their house.

4  Q    And again, did you try -- in setting up therapy, try to

5  set them where folks were -- if folks lived close -- if one

6  client lived close to another client, you would try to

7  coordinate it so it would -- you wouldn't have to drive as

8  much, I assume?

9  A    Yes, sir.

10  Q    And could you -- was it such that you could check and

11  again say on Tuesdays I'm going to be in the area around Wilson

12  and try to see the folks that I have down around there?

13  A    Most of the time it depends on the schedules.

14  Q    Okay.  But you'd try to minimize the travel between

15  cities, I would think?

16  A    Yes, sir.

17  Q    Okay.  Did you do any of your therapy at the office?

18  A    If they were an insurance client.

19  Q    And you-all's office was in Osceola?

20  A    Yes, sir.

21  Q    Did you have an office in Blytheville for a period of

22  time?

23  A    It wasn't particularly my office, but you know, I have

24  seen people in Blytheville.

25  Q    Okay.  So you could use that, too?

35f1cf2a-a3a5-4636-ae31-c2851c1540b3

Paul Bailey

28

1   **A**   Yes.

2   Q   And was Blytheville -- seeing people in Blytheville in the

3   office the same kind of thing, typically folks with private

4   insurance?

5   **A**   Yes, sir.

6   Q   Do you have a breakdown as -- between Blytheville,

7   Osceola, and Rivercrest as to what the percentages of clients

8   you had kind of connected to each of those areas?

9   **A**   The majority were in Osceola.  I probably would say -- I

10  probably would say maybe at least 60 percent, then maybe 20 in

11  Blytheville and 20 in Rivercrest.

35f1cf2a-a3a5-4636-ae31-c2851c1540b3

Paul Bailey

30

3   Q    What was -- did the billable hour change any during the
4   time that you were at Life Strategies?
5   A    When I was an LAC it was 52.  When I was an LPC it was 55.
6   Q    And I guess the rate -- okay.  So when you're an LAC means
7   licensed associate counselor, right?
8   A    Yes, sir.
9   Q    So when you were in that associate role it was 52 per
10  billable hour, right?
11  A    Yes, sir.
12  Q    And when you were an LPC or licensed professional
13  counselor, it was 55?
14  A    Yes, sir.
15  Q    Did the rates vary any between your Mississippi County
16  work and your Crittenden County work?
17  A    No, sir.
18  Q    During the time that you were at Life Strategies, did the
19  way that your pay was calculated -- did it change any as far as
20  you know?
21  A    Not --
22  Q    I mean I know the rate changed, but --
23  A    Not that I'm aware of.
24  Q    And did -- while there may have been some small changes in
25  how you had to go about doing things for something to be

35f1cf2a-a3a5-4636-ae31-c2851c1540b3

Paul Bailey

31

1   billable, was it generally the same type of thing that you

2   billed in units and you got paid based upon the number of units

3   that were billed?

4   **A**   Yes, sir.

5   Q   And we haven't talked about group very much, but as I

6   understand it the way that you were paid was different for

7   group than it was for individual or family therapy, correct?

8   **A**   Yes, sir.

9   Q   Let's talk about group for just a second.  How was that

10  done?  How did it -- how was it determined what you'd get paid

11  for group therapy?

12  **A**   You get paid so much per unit, per the amount of kids that

13  was in the group.  I can't remember exactly.  It might have

14  been something like $5.00 per unit, so -- or it might have been

15  something less than that.  So like if you had ten kids in a

16  group at $5.00 per unit, you could get paid maybe like $50.00

17  per whatever, per unit.  And every unit was like 15 minutes.

18  Q   Right.  How many groups would you typically have during a

19  week?

20  **A**   Not normally --

21  Q   And let me back up and say, in 2019 and 2020.  Let's not

22  talk about the other time before then.  But what would be the

23  kind of frequency that you would have group in those years?

24  **A**   Normally it would just be during the summertime.  We would

25  do group mostly during the summertime.  We didn't have group

35f1cf2a-a3a5-4636-ae31-c2851c1540b3

Paul Bailey



32

```
23   Q
24                                    Did you have to
25   schedule your own appointments with clients?
```

35f1cf2a-a3a5-4636-ae31-c2851c1540b3

Paul Bailey

33

1    **A**    Yes, sir.

2    Q    And since a lot of this was school based, could you do

3    that with the school, or did you have to get in touch with the

4    students to get that done?

5    **A**    Normally I would walk into the front office and ask for

6    the secretary to pull the student out of class.

13   Q    Well, what did you have to do to get that billable hour

14   done?  We talked about one thing, which is scheduling, but I'm

15   just trying to, you know, kind of from the start -- I've got

16   one hour with this one student.  What things would you have to

17   do relative to that student, if that person was already an

18   existing client?

19   **A**    Normally you would just go in.  You would look at the

20   master treatment plan.  You would look at the objective and you

21   know, talk about something maybe within that objective.  So

22   like if it was maybe some coping skills, maybe come up with

23   some different coping skills that they could use.  Or maybe if

24   it was dealing with anxiety, trying to work on some cognitive

25   behavioral therapy in order to maybe try to change, you know,

35f1cf2a-a3a5-4636-ae31-c2851c1540b3

Paul Bailey

34

1    their negative thought process to a more positive thought

2    process.   So it kind of depended on, you know, what the client

3    came into therapy for.

35f1cf2a-a3a5-4636-ae31-c2851c1540b3

Paul Bailey

36

2   Q    Okay.  What you were paid by Life Strategies and what you

3   understood you would be paid was based on the billable hours,

4   correct?

5   **A**    Yes, sir.

6   Q    Have you attempted to estimate how much you believe Life

7   Strategies owes you in wages?

8   **A**    No, sir.  I leave that up to the lawyer.

9   Q    Okay.  Are you -- and I haven't asked this specifically,

10  but are you seeking overtime pay?  Is that what you're seeking?

11  **A**    I'm seeking just whatever, I guess, the law firm feels is

12  just.

13  Q    But you don't have an idea whether that's $100, $1,000,

14  $10,000, $100,000, right?

15  **A**    No, sir.

35f1cf2a-a3a5-4636-ae31-c2851c1540b3

Paul Bailey

37

5    Q

6                                                        So in any

7    event, how would you get -- in 2019, 2020, how would you get

8    information on what you had been paid or how much you had

9    earned?

10   **A**    I think they would send out like -- every pay period they

11   would send out something showing how many billable hours you

12   had.

13   Q    So was that something that came with your paycheck, or was

14   it separate?

15   **A**    It was separate.

16   Q    Was it like an e-mail?

17   **A**    Yeah, it was an e-mail that showed how many billable hours

18   you had, like if for some reason you weren't able to get paid

19   for billing someone.

20   Q    Okay.  So kind of almost like an exception report or

21   something like that?

22   **A**    Yeah.

23   Q    Okay.  And so that was how you knew how many hours you had

24   billed, right?

25   **A**    Yes, sir.

35f1cf2a-a3a5-4636-ae31-c2851c1540b3

Paul Bailey

38

1   Q    Okay.  And did you -- how did you get the information on

2   what your pay was?

3   **A**    I think it was a system that we could log into.

4   Q    Were you one that you just kept on going and didn't really

5   look at that very often, if at all, or were you one that looked

6   at it every time?

7   **A**    I looked at it occasionally.

8   Q    Okay.  Just not all the time?

9   **A**    No, sir.

10  Q    Did you ever have any instance where you looked at

11  it -- and by the way, what information do you recall as being

12  in there?

13  **A**    I just recall maybe like the -- maybe the client name, how

14  many units you billed on them.

15  Q    Back up just a second.  For your like pay stub or

16  something like that, would it have the client information?

17  **A**    No.

18  Q    Okay.  All right.  That's what I wanted to get to is for

19  that pay information would it have things like gross pay?

20  **A**    Yes, sir.

21  Q    Have your net pay?

22  **A**    Yes, sir.

23  Q    Would it have your deductions?

24  **A**    Yes, sir.

25  Q    Did it list the number of regular billable hours you had?

35f1cf2a-a3a5-4636-ae31-c2851c1540b3

Paul Bailey

39

1    **A**    Yes, sir.

2    Q    Okay.  What about the staffing hours you might have had,

3    if any?

4    **A**    I think it -- well, with some staffing I think it did.

5    Not all staffing.

6    Q    What about training?

7    **A**    Maybe.  I think so.

8    Q    Okay.  You said that some staffing was on there and some

9    wasn't.  What do you mean by that?

10   **A**    Like if we went to a regular staffing that was like Life

11   Strategies staffing, we would get paid.  But maybe if we went

12   to -- had to go to the probation office for maybe like a

13   monthly staffing, I don't think we got paid for --

14   Q    Oh, okay.

15   **A**    -- seeing the probation office.

16   Q    Okay.  All right.  Did you get paid time off?

17   **A**    Yes, sir.

18   Q    You didn't use it very often, did you?

19   **A**    Used it sometimes.

20   Q    Some, but -- okay.  Let's just take a look here and we'll

21   just look at this -- actually, we'll move the photo, too.  If

22   you'll turn -- there's pages that have numbers on the bottom of

23   them.  If you'll look at 428.  And by the way, were you full

24   time or part time?

25   **A**    Full time.

35f1cf2a-a3a5-4636-ae31-c2851c1540b3

Paul Bailey

40

1    Q    Okay.  And do you know what it had to be, to be full time?

2    **A**    I think you had to be a little over maybe like 20 hours a

3    week.

35f1cf2a-a3a5-4636-ae31-c2851c1540b3