Cherie Buckley

```
        IN THE UNITED STATES DISTRICT COURT

           EASTERN DISTRICT OF ARKANSAS

                  CENTRAL DIVISION

STACY WIHEBRINK, Individually

and on Behalf of All Others

Similarly Situated                        PLAINTIFF

VS.              NO. 4:21-CV-573-DPM

LIFE STRATEGIES COUNSELING, INC.          DEFENDANT




              ORAL, ZOOM DEPOSITION

                       OF

                 CHERIE BUCKLEY


       TAKEN MARCH 24, 2023, AT 10:03 A.M.



            Conway Court Reporting

             21043 Natalie Lane

         Little Rock, Arkansas 72206



         www.conwaycourtreporting.com


       "Spoken to written . . . word for word"


 Conway Office: 501.679.1488   Little Rock Office:  501.319.4807
```

Conway Court Reporting



bd92228d-2d93-4339-b8d8-9fa7d87cf7cc

Cherie Buckley

A P P E A R A N C E S

(ALL PARTIES APPEARING VIA ZOOM VIDEO CONFERENCE)

ON BEHALF OF THE PLAINTIFF:

MR. DANIEL FORD

SANFORD LAW FIRM

10800 FINANCIAL CENTRE PARKWAY, SUITE 510

LITTLE ROCK, ARKANSAS 72211

daniel@sanfordlawfirm.com

ON BEHALF OF THE DEFENDANT:

MR. MARK MAYFIELD

WOMACK, PHELPS, PURYEAR, MAYFIELD & McNEIL, P.A.

POST OFFICE BOX 3077

JONESBORO, ARKANSAS 72403

mmayfield@wpmfirm.com

CONWAY COURT REPORTING - 501.679.1488 or 501.319.4807

www.conwaycourtreporting.com

Cherie Buckley

C A P T I O N

ANSWERS AND ORAL DEPOSITION OF CHERIE BUCKLEY, a witness produced at the request of the Defendant, taken in the above-styled and numbered cause on the 24th day of March, 2023, at 10:03 a.m., via Zoom video conference, pursuant to the Federal Rules of Civil Procedure.

Cherie Buckley

5

```
 1                  P R O C E E D I N G S
 2        THEREUPON,
 3                      CHERIE BUCKLEY,
 4             THE WITNESS HEREINBEFORE NAMED, having
 5             been first duly cautioned and sworn by me
 6             to testify to the truth, the whole truth,
 7             and nothing but the truth, testified on her
 8             oath as follows, to-wit:
 9                         EXAMINATION
10   BY MR. MAYFIELD:
11   Q    Please state your name for the record, ma'am.
12   A    I'm sorry?
13   Q    Please state your name for the record, ma'am.
14   A    Cherie -- (signal interruption) --
```

```
22   Q    (Mr. Mayfield continuing)  Okay.  So, Ms. Buckley, we
23   stopped for just a minute, and you switched devices.  We're
24   actually conducting this deposition via Zoom, and so that makes
25   us do a couple little things.  One is, I'm going to try to wait
```

Cherie Buckley

6

1    until you have stopped and finished your answer, and I'll ask

2    you to do the same thing with my questions; is that okay?

3    **A**    Okay.

4    Q    And just to -- have you ever given a deposition before?

5    **A**    No.

6    Q    If you don't understand something that I ask you, will you

7    let me know that?

8    **A**    Yes.

9    Q    And you're doing a great job of it, but please make verbal

10   answers.  Head nods, huh-uhs, and uh-huhs are not things that

11   we're going to pick up, because the court reporter is only --

12   is making a written record; okay?

13   **A**    Yes.

14   Q    Okay.  The -- I do think that the Zoom is being recorded,

15   but the audio and video is not something that either Mr. Ford

16   or I or you can use.  It's simply something in case the -- so

17   the court reporter can kind of have a backup to what she is

18   keeping today; okay?

19   **A**    Yes.

20   Q    And we'll be able to -- we'll probably take at least one

21   break during this.  Of course, we've already taken one, but

22   probably take one break, probably around midway through this.

23   If though at some point in time, either because of -- it could

24   even be something as simple as the weather, or if there was

25   something where you needed to take a -- take a break, let me

bd92228d-2d93-4339-b8d8-9fa7d87cf7cc

Cherie Buckley

15

12   Q   What period of time were you at Life Strategies?

13   **A**   August 2019 to September 2021.

bd92228d-2d93-4339-b8d8-9fa7d87cf7cc

Cherie Buckley

16

13   Q    And so did you go to Life Strategies to be a full-time

14   independent therapist?

15   **A**    When I went to working at Life Strategies, was a school-

16   based therapist, and I was unable to be a complete independent

17   therapist because of licensure.

Cherie Buckley

22

10   Q    All right.  I'm going to show you a document that we'll --

11   is marked as Exhibit 56.  And let me get you over here.  You

12   can see the number over there on the side of the page?

13   **A**    It's blurry.

14   Q    Okay.  Let me -- let me get it a little bit more and get

15   us over to that part.  Okay.  Can you see it now?

16   **A**    It says "Exhibit 56" on the side?

17   Q    Yes, ma'am.

18   **A**    Yes.

19   Q    Okay.  And so I wanted to look at this document, and I'm

20   going to flip to the second page of Exhibit 56.  And there's a

21   signature and acceptance date; is that your handwriting?

22   **A**    Yes.

23   Q    Notice here that the -- that this looks to be an offer

24   letter.  And I'm going to try to make it centered here, but you

25   were offered employment at a billable hour rate of $42 per

bd92228d-2d93-4339-b8d8-9fa7d87cf7cc

Cherie Buckley

23

1   hour; is that right?

2   **A**   Yes.

3   Q   Were there any other terms or conditions about how you

4   were going to be paid when you went to work at Life Strategies?

5   **A**   The billable hours is what we got paid for, yes.

6   Q   Okay.  All right.  And I believe, if I -- if I remember

7   correctly, that at some point in time your rate increased up

8   from $42; is that right?

9   **A**   Yes.

10   Q   And do you know what circumstances there were that caused

11   it to increase?

12   **A**   I don't recall.

bd92228d-2d93-4339-b8d8-9fa7d87cf7cc

Cherie Buckley

25

12    Q    All right.  I think that covers the things that perhaps

13    show you something, so maybe the rest of this will go a little

14    easier for that.  Did your role -- you referred to a billable

15    hour.  What was a billable hour?

16    A    The time that you actually seen a client that you could

17    bill for.

18    Q    Okay.  And so if all you did is saw the client during that

19    hour and you did nothing else, would you get paid?

20    A    Yes.

21    Q    Even if you didn't fill out any paperwork?  You'd get paid

22    even if you didn't fill out paperwork?

23    A    You have to do the note in order to get paid --

24    Q    Yes, ma'am.

25    A    -- for the billable hour, yes.

bd92228d-2d93-4339-b8d8-9fa7d87cf7cc

Cherie Buckley

26

1   Q   So the note was a task that had to be done to get paid for

2   the billable hour; right?

3   **A**   Right.

4   Q   And what happened if you didn't do the note?

5   **A**   You didn't get paid for the service.

6   Q   Okay.  Were there other things you would have to do before

7   a session with a client to be prepared for it?

8   **A**   Yes.

9   Q   If you didn't do those things, then you risk that a client

10   might not show up because they didn't know they had an

11   appointment; right?

12   **A**   If I didn't do those things, it just --

13   Q   You didn't skip --

14   **A**   -- depends on what those --

15   Q   Yeah.  If you didn't schedule it, then you wouldn't expect

16   somebody to show up, if something wasn't -- if the person

17   didn't know it was scheduled; correct?

18   **A**   It's different when it's school-based.

19   Q   Well, okay.  So -- but you still had to ask at the school

20   to get the person to -- who you needed to see; right?

21   **A**   Yes.

22   Q   You would need to look at notes or documents beforehand to

23   know what the goals are with respect to the person's treatment;

24   correct?

25   **A**   At times.

bd92228d-2d93-4339-b8d8-9fa7d87cf7cc

Cherie Buckley

27

1   Q    Would you spend any time thinking about what techniques

2   you might use during the session to help achieve whatever goals

3   you're trying to achieve with client?

4   **A**    Yes, at times.

5   Q    You indicated that you did the school-based work.  What

6   schools were you assigned to during the time you were at Life

7   Strategies?  And then let's start with districts, and we'll go

8   down from -- we'll go back from there.

9   **A**    Okay.  For Pulaski County School District, it was Mills

10  Middle and Mills High School; College Station Elementary;

11  Landmark Elementary; briefly, Daisy Bates Elementary; before

12  the Jacksonville split, Howard Perrin Elementary; Jacksonville

13  Middle School; Murrell Taylor Elementary; and I believe that

14  was it for Pulaski County.

15  Q    Did you do any school-based at -- in any other school

16  districts?

17  **A**    For a charter school, eStem.

18  Q    And which --

19  **A**    (Inaudible) --

20  Q    Yeah, I'm sorry.  I --

21  **A**    I'm trying to think.  It's two different sets of eStem.  I

22  can't recall what it's actually called, but it was more

23  downtown, off Sixth Street.  But it was that elementary and

24  that middle school, eStem Elementary and Middle School.

25  Q    Were there any other districts where you did school-based

bd92228d-2d93-4339-b8d8-9fa7d87cf7cc

Cherie Buckley

28

1   mental health?

2   **A**    Little Rock School District, and I was only at the school

3   briefly, too.  But I cannot recall the name of the school.  I

4   can't believe that.

5   **Q**    You were briefly at a school in the Little Rock School

6   District; is that what I'm understanding?

7   **A**    Yes.

8   **Q**    Do you know where the school was?

9   **A**    Cammack Village.

10   **Q**    Okay.  So with respect to -- what was your -- did you have

11   a regular, typical schedule when school was in session?

12   **A**    I typically try to sort schools out by area, because the

13   area is so vast, that which I cover.

14   **Q**    Okay.  And so what time would you -- would you start at

15   one of the schools?

16   **A**    It varies, because we have the opportunity to make our own

17   schedule.  Typically, I would try to leave the mornings, if I

18   had to attend an IEP or a 504 meeting before I started

19   sessions.  So generally between, I would say, 10:00 and 11:00.

20   **Q**    When you say "IEP" and "504 meetings," where those

21   meetings for clients?

22   **A**    Yes.

23   **Q**    And so -- and I'm just trying to make sure that I

24   understand.  Would you try to do those before 10:00 a.m.?

25   **A**    At most times, I would.

bd92228d-2d93-4339-b8d8-9fa7d87cf7cc

Cherie Buckley

29

1   Q    So if you had an IEP or a 504 meeting, what time would

2   that mean you get to the school?

3   **A**    During those times, between 7:30 and 8:30.

4   Q    All right.  How often did you have IEP or 504 meetings?

5   **A**    They weren't that frequent.  I would probably say, at

6   times -- at most times, one to two, every two months

7   Q    Okay.  If you didn't have an IEP or a 504 meeting, would

8   you try to start around 10:00 a.m.?

9   **A**    Yes.

10  Q    Okay.  And if you started -- well, regardless of what time

11  you started, what time would you normally finish at the

12  schools?

13  **A**    At the schools, generally there until school ends,

14  depending on what school.

15  Q    Okay.  What was kind of the range of when schools ended?

16  **A**    Yes.  The elementary schools up here generally get out

17  between 2:20 and 2:40, and the high schools and middle schools

18  tend to get out, like, 3:40 to, like, 4:05.

19  Q    And so, again, just trying to kind of get an

20  understanding.  After you were done at whatever schools, would

21  you -- would you do any more work that day, after school got

22  out?

23  **A**    Yes.

24  Q    Okay.  What work would you do?

25  **A**    I would still have family sessions, and then I would still

Cherie Buckley

30

1    do different individual sessions after school let out.

2    Q    And so what time would you kind of wrap up for the day,

3    generally?

4    **A**    Every day was different.  Sometimes I didn't finish until

5    8:00 at night.  A good day for me was to be done by 6:00.

6    Q    And is this five days a week?

7    **A**    At most times, yes.

8    Q    Did you keep any record of start time or stop times?

9    **A**    My record consists of the times that I billed

10   individually.

11   Q    Okay.

12   **A**    And generally, that last billing time was, like, my stop

13   time for billing.

14   Q    For the -- and, again, we'll stay with the school year for

15   the moment.  But during the school year, when school was in

16   session, if you had individual or family afterwards, would you

17   do that at an office, in homes, both?

18   **A**    You're talking about for school times?

19   Q    No, I'm talking about outside of school time, after

20   school.

21   **A**    Most of those sessions were conducted in the homes.

22   Q    Did you take any breaks during the day?

23   **A**    It depends.  Sometimes I was allowed to break, sometimes I

24   wasn't.  It depended on the kids that I needed to see.

bd92228d-2d93-4339-b8d8-9fa7d87cf7cc

Cherie Buckley

31

11   Q    Did you have to do any work in the -- or, did you do any

12   work in the evenings, after your day was done or before you

13   went to work the next day?

14   **A**    There's always notes and treatment plan reviews.  So in

15   June, when I have that free time, once I'm home, I have to

16   enter notes or I have to do treatment plan reviews.  That was

17   still work for me, yes.

18   Q    Okay.  So how long would you spend -- would you do that

19   every evening or morning or sometime --

20   **A**    Right.

21   Q    Okay.  Now --

22   **A**    Not every -- I'm sorry.

23   Q    Go ahead.  You were about to say, Not every --

24   **A**    No.  If I did start on some notes, at times, I would start

25   because I would generally -- me, personally -- get home late.

Cherie Buckley

32

1  And so once I get home to sit down, I might put in a few notes,

2  but most of the time I spent putting in my notes were weekends.

3  Q    So during the week -- well, let me kind of see if I can

4  get this and understand this.  So during the week, are you

5  saying -- well, I'm sorry.  Let me start over.  During the day

6  -- let's start with that, first of all.  Would you enter any

7  part of your notes during the time during the day?

8  A    Most of the time, no.

9  Q    And am I understanding that during the -- well, on

10  weekdays, you generally didn't do note work then; right?

11  A    Right.

12  Q    You would wait and do it on the weekends; correct?

13  A    Most of the time, yes.

14  Q    All right.  And so was that entering it in electronically?

15  A    Yes.

16  Q    And how would you describe the time that you spent doing

17  notes on weekends?

18  A    Depending on how many I had to put in, hours.  I can start

19  -- I would say, anywhere from six to eight hours on the

20  weekends, based on the number of notes that I have.

21  Q    And so let's talk about some of the -- some of the

22  specifics with respect to some therapy.  You did individual

23  therapy, family therapy, and you also did group; right?

24  A    Yes.

25  Q    Were there any other forms of therapy that you provided

bd92228d-2d93-4339-b8d8-9fa7d87cf7cc

Cherie Buckley

33

1   while you were employed at Life Strategies?

2   A    No.

3   Q    With respect to group therapy, did you have any groups

4   during the school year?

5   A    Yes.

6   Q    About how many groups would you have during the week?

7   A    It varied.

8   Q    How were you paid for group therapy?

9   A    You got paid a certain amount per child in the group,

10  depending on how long you held the group.  So in 15-minute

11  increments, I want to say -- actually, when they changed it, I

12  didn't keep up with it.  So I actually don't recall.  But

13  typically, my group was anywhere from 40 to 45 minutes, and

14  each kid -- got paid a different billable amount that they was

15  in the group.

16  Q    So you were paid and should have been a set amount per

17  child, per 15-minute -- which I think is referred to as "units"

18  -- you were paid -- you might be paid a different rate based on

19  what child it was; correct?

20  A    Yes.  Generally, the group rate is the same for all the

21  children.

22  Q    Okay.  Well, I misunderstood that.  So with respect to the

23  groups, what -- as I understand it, a group can't be any less

24  than two, but can't be any more than ten.

25  A    For the number of children, yes.

Cherie Buckley

34

1   Q    Yes, ma'am.  And so what was the number of children that
2   you would typically have in a group?
3   **A**    It varied.  It's difficult to just put a -- pin a number
4   on it, because some kids might be at school, some might not be
5   at school.  Some might be doing testing or in a core subject,
6   so those kids can get pulled out from group.  But I guess the
7   average size is anywhere from four to ten.
8   Q    Okay.  What about -- did you also have to attend to
9   staffings with Life Strategies?
10  **A**    Yes.
11  Q    Did you get paid for that?
12  **A**    We got paid for the hour that we was there.
13  Q    Okay.
14  **A**    I want to say, $25.
15  Q    Okay.  What about for training?
16  **A**    I really can't recall any training that I did, other than
17  CPR.  But I can't -- I don't recall if it was paid.  If it was,
18  it was at the $25 amount.
19  Q    Do you know whether you got paid for any training?
20  **A**    I don't recall that.  They gave us that non-billable rate
21  for the time which we was there for the CPR, and I believe I
22  did get paid for that CPR training.
23  Q    Did you have paid time off that was available to you
24  through Life Strategies?
25  **A**    Yes.

bd92228d-2d93-4339-b8d8-9fa7d87cf7cc

Cherie Buckley

35

1   Q    How long would it take you to enter a progress note for

2   individual or family therapy?

3   **A**    Depending on what was going on with that particular

4   client, all the clicking, anywhere from five to eight minutes

5   per note.

6   Q    What about with the group therapy?

7   **A**    Again, depending on how many people that you had in that

8   group, that note varied.

9   Q    Okay.

10  **A**    It wasn't a quick note, because a group note is a note for

11  every individual, an individual note for everyone that was in

12  that group.

13  Q    And so with respect to that, you wouldn't develop a kind

14  of a, you know -- you do the first one for the first person in

15  the group, and then you just have to modify that one for some

16  of the -- for the other people in the group?

17  **A**    The only template that I used was that description of the

18  group.  How each person participated in the group was

19  different, so I had to type that individually.

20  Q    And --

21  **A**    The only thing that stayed the same was the group

22  description.

23  Q    Okay.  So did you do that based on your memory?

24  **A**    Of the group during that time, most times, yes.

Cherie Buckley

36

2   Q    If I understood you right, you were keeping a -- you were

3   just keeping in your memory -- or, were you -- were you keeping

4   in your memory what you had done during that previous week of

5   individual and family therapy?

6   A    I had a brief notebook.  I have a book that I keep my

7   times in, and I have a book that I keep brief notes in to alert

8   me to what was going on during that session or that group.

9   Q    Is that the same logbook that we were talking about

10  earlier?

11  A    No.  When I finished with those, I disposed of those.

12  Q    Okay.  So this is a separate set of documents?

13  A    Yes.

14  Q    And you don't have any of those anymore?

15  A    No.

16  Q    What about how long would it take to complete a master

17  treatment plan?

18  A    That also varied, the time that you had to complete a

19  master treatment plan.

20  Q    Well, what would be kind of typical for that?

21  A    If it was simple, you'd use the 30 minutes that you had.

22  If it was more complex or they had more problems, which meant

23  more objectives, it took a little longer.

24  Q    When you completed a treatment plan, was any part of the

25  doing of that paperwork billable?

Cherie Buckley

37

1   **A**   Yes.

2   Q   How much?

3   **A**   I believe it was two units, 30 minutes.

4   Q   What about if you updated a treatment plan?  Would there

5   be -- would it be billable?

6   **A**   Same thing, yes.

7   Q   Up to two units?

8   **A**   Yes.

9   Q   And how long would it take you to complete an update to a

10   treatment plan?

11   **A**   The update was a little bit, because you generally had to

12   talk to that person or the family to make sure that things were

13   updated, and then you updated the treatment plan.  But the

14   actual time putting in the actual treatment plan, 20 to 30

15   minutes.

16   Q   Did you have to do intakes?

17   **A**   Yes.

18   Q   And were intakes billable?

19   **A**   Yes.

20   Q   Okay.  How long could you bill up to for an intake?

21   **A**   That, I'm definitely trying to recall if it was an hour or

22   two for an intake.  I want to say it was a billable hour.  I

23   don't really recall.  I don't recall exactly what it was.

24   Q   And so with an intake, how long would it take to do the

25   paperwork for that?

Cherie Buckley

38

1   **A**    For me?

2   Q    Yeah.

3   **A**    It was different.  Most of my intakes were done in the

4   area that of which I covered.  I didn't get internet, so unlike

5   some people that can do their intake directly and put it in the

6   computer, I had to do mine via paperwork and then come home and

7   put the intake in.  So mine actually took a little longer.  It

8   was like actually doing it twice.

bd92228d-2d93-4339-b8d8-9fa7d87cf7cc

Cherie Buckley



40

25    Q    (Mr. Mayfield continuing)   We're back on the record.   Ms.

bd92228d-2d93-4339-b8d8-9fa7d87cf7cc

Cherie Buckley

41

1  Buckley, do you have an estimate of how many hours a week total

2  you worked during the time that you were at Life Strategies?

3  **A**   No, not an official record.

4  Q   And I -- and you haven't tried to estimate how many hours

5  it might be; correct?

6  **A**   No, not as of yet.

7  Q   If someone were to ask you during the time that you were

8  there, Oh, well, how long does it take -- how much time does it

9  take you during the week to get your work done, what would you

10  tell them?

11  **A**   Does that includes billable hours and non-billable hours?

12  Q   It includes all the work that -- all the time it takes to

13  get the job done.

14  **A**   Anywhere from 40 to 60.

15  Q   Were you full time with Life Strategies?

16  **A**   Yes.

19  Q   Let's talk about the -- outside of -- we've talked about

20  time when school was in session, about what a normal day or a

21  day or a normal week was -- would be like, in terms of job

22  duties.  When school was not in session, what was your schedule

23  like then?

24  **A**   Me, personally, I tend not to go to people's houses super

25  early in the morning, and so I would still start up between --

bd92228d-2d93-4339-b8d8-9fa7d87cf7cc

42

1    and it just depends on the schedules that the families had.

2    Anywhere from 10:00 in the morning to 6:00 or 7:00 at night,

3    when I can catch the families at home.

4    Q    Would you take breaks -- any breaks during the day?

5    **A**    During the time when school was out, sometimes there would

6    be breaks, because someone might not be at home during that

7    time.

8    Q    Okay.  I'm assuming, whether it was school or not school,

9    that you would try to put things as -- put things back to back

10   to the extent you could; right?

11   **A**    Yes.

12   Q    Okay.  And then I'm guessing, as you're traveling to

13   houses, too, that you'd try, if you could, to have -- to go to

14   residences that were closer to one another to the extent you

15   could.

16   **A**    Yes, that's what I tried to do.

Cherie Buckley

43

 6   Q    What would you do during those breaks?

 7   **A**    It depends on where I was at, so it would vary.  Sometimes

 8   I might have time to go by the office, get some needed

 9   paperwork or complete some paperwork.  And then if it was a

10   long span, which hardly ever occurred, I would use that time

11   and go home.

12   Q    Okay.  How often -- you said it wouldn't occur that often.

13   How often would it occur that you'd go home?

14   **A**    Very rarely.  My clients lived in a great, vast area, and

15   so if it was an area that might have been close to mine, I

16   would go, if I had, like, hours in between that I would have a

17   next session.  But maybe once or twice every three to four

18   months.  Not often.

19   Q    What about where you would have more than 30 minutes, how

20   often would that happen when school was out during a week?

21   **A**    That seemed to not happen too much.  It just depended on

22   if that client was at home or the next client was at home.

23   Most of that time, it was spent driving, because it took me

24   anywhere from 15 to 30 minutes just to drive to the next

25   client.

Cherie Buckley

45

1    school?

2    **A**    Yes.

3    Q    And so you still did those sessions in person?

4    **A**    Yes.

5    Q    You did no -- from what I'm hearing, you did no telehealth

6    or teletherapy?

7    **A**    None.

8    Q    Was that your choice or the company's directive?

9    **A**    It was an option to do the telehealth.  What I tried to

10   explain to my company during that time, majority -- I mean, 85

11   percent of my clients live in a rural area.  Internet services

12   are awful.

13   Q    Okay.

14   **A**    They could not get on with telehealth services.  So that's

15   why I was still going out to the homes.

16   Q    And that's why you still do it that way?  Okay.  And I

17   kind of circled back around, and I wanted to make sure, when

18   you say there was a brief period before Covid that you did

19   group therapy outside of when school would be in session, how

20   long is that brief time?  Weeks, months?  I'm just trying to

21   figure it out.

22   **A**    Are you saying, outside of school?

23   Q    Well, I'm saying -- yes, ma'am.  You said you did -- as I

24   understood it, you did some group before Covid, when school was

25   not in session?

Cherie Buckley

46

2  Q    Okay.  And what percentage of the clients that you saw

3  were Medicaid?

4  **A**    All my clients were Medicaid.

5  Q    And so for your time to be paid, you had to comply with

6  Medicaid rules; is that right?

7  **A**    Yes.

8  Q    And that meant that your -- the time of the sessions could

9  not overlap; is that correct?

10  **A**    Yes.

11  Q    And that meant that the charting for the client had to be

12  in compliance; correct?

13  **A**    With the Medicaid regulations, yes.

14  Q    How did you -- well, strike that.  How did you learn how

15  much you had been paid for your work at Life Strategies?

16  **A**    Repeat that.

17  Q    How did you learn what you had been paid while you were at

18  Life Strategies?

19  **A**    Pretty much comparing the total amount of hours that I had

20  to what I got paid.

21  Q    Okay.  And so my question -- let me try to ask it a little

22  more direct.  Did you receive a pay stub?

23  **A**    Yes.

24  Q    How would you get that pay stub?

25  **A**    It would be put in my mailbox at the office.

Cherie Buckley

47

1    Q     Did you do any -- did you have anything where you would

2    get your pay information electronically?

3    **A**    It was a system that you could look at for the pay stubs

4    with also PTO time.

5    Q     But you got -- as I think I'm hearing you say it, you got

6    yours by -- with an envelope that was at the office; correct?

7    **A**    Yes.

8    Q     Okay.  Would that pay stub have your gross pay on it?

9    **A**    Yes.

10   Q     Your net pay?

11   **A**    Yes.

12   Q     The withholdings that you had?

13   **A**    Yes.

14   Q     The regular hours that you had?

15   **A**    Yes.

16   Q     Group units that you had?

17   **A**    It didn't break it down into group units.

18   Q     It didn't?

19   **A**    All of that was specific on the billable hours.

20   Q     Under the regular -- for the billable hours?

21   **A**    Uh-huh.

22   Q     And then what about staffing or training?  Would that be

23   indicated on there?

24   **A**    Yes.

25   Q     Are you claiming that you should be paid some hourly

Cherie Buckley

48

1   amount beyond what was paid for the billable hour?

2   **A**    If it was work that was still under the realm of the

3   services that I provided, yes.

4   Q    You don't believe that the billable hour was a task-based

5   form of compensation; is that your testimony?

6   **A**    The billable hours was paid -- was just for services that

7   of which you had the client for you.  But it was still other

8   work that was still added --

9   Q    Okay.

10  **A**    -- outside of the billable hours.

11  Q    And so what rate are you saying you should be paid at for

12  the time outside of the session?

13  **A**    I haven't determined the rate.

14  Q    Okay.  Was there anything that was said to you or that --

15  or that was provided to you that said, You're going to be paid

16  for doing notes on weekends, or, You're going to be paid for

17  scheduling clients, or, You're going to be paid for driving

18  time?  Was there anything that was provided to you saying how

19  that would be done?

20  **A**    No.

21  Q    Was there someone that told you, Hey, we paid you for the

22  billable -- Life Strategies pays you for the billable hour, but

23  they also pay you for other tasks that go along with the

24  billable hour?

25  **A**    No.

bd92228d-2d93-4339-b8d8-9fa7d87cf7cc

Cherie Buckley

49

1  Q    Did you have any disputes with Life Strategies about how

2  your total compensation was calculated?

3  **A**    At times, I questioned certain events that may have

4  occurred, that I was out longer, that -- how could I have

5  gotten paid for some of them?

6  Q    How many instances of that -- did that occur?

7  **A**    I don't recall how many times it happened.

8  Q    Was there someone you would have a discussion with?

9  **A**    Yes.

10  Q    Who was that?

11  **A**    My supervisor.

12  Q    Who was that?

13  **A**    Luke Sandlin.

14  Q    And so I just want to kind of understand what you're

15  referring to.  Are you -- would it be something where you would

16  look at your -- at some document and think, Well, I didn't get

17  paid for this billable hour?

18  **A**    I had an instance that I was at a home several hours, and

19  I was questioning how could I get paid related to that, due to

20  the crisis circumstance.

21  Q    And so did you talk with Mr. Sandlin about that?

22  **A**    Yes.

23  Q    And what did he tell you?

24  **A**    He advised me how to do notes to get some of the time

25  compensated, but all of the time wasn't, I know, for that

bd92228d-2d93-4339-b8d8-9fa7d87cf7cc

Cherie Buckley

50

1   particular instance.

2   Q    So all of the time for that crisis situation was not

3   billable; is that right?

4   **A**    Right.

5   Q    Do you know when that was?

6   **A**    June 2020.

7   Q    Do you know how long you spent at that client's home in

8   that crisis situation?

9   **A**    Over eight hours.

10  Q    So did it cause you to have to cancel other folks you were

11  going to see that day?

12  **A**    It cost me -- had to -- I had to, yes, reroute and

13  reschedule other people during that time.

14  Q    Did you -- either you or Mr. Sandlin put anything in

15  writing about that instance, as it related to your pay?

16  **A**    No.

17  Q    What were the nature of the other instances that you had

18  -- where you had discussions with Life Strategies, where you

19  disputed something about -- or, where you thought something

20  about your check was not correct?

21  **A**    Different times relating to having to attend meetings for

22  clients.  IEP, 504 meetings.

23  Q    Those meetings were not billable; is that correct?

24  **A**    Yes.

25  Q    Yes, they -- and I asked the question poorly.  You

bd92228d-2d93-4339-b8d8-9fa7d87cf7cc

Cherie Buckley

51

1    couldn't bill for IEP meetings?

2    **A**    No.

3    Q    You could not bill for 504 meetings?

4    **A**    No.

5    Q    And so you brought -- sounds like you brought more than

6    one instance up of that, of not being able to get paid for

7    those.

8    **A**    At different times, yes.

9    Q    Okay.  And so what was Mr. Sandlin's response?

10   **A**    That, you know -- do what I needed to do for the client.

11   Q    And what did you take that to mean?

12   **A**    For me, I was going to do what I needed to do for the

13   clients.  If it means giving them the needed services or

14   special accommodations, then I was going to attend the meeting.

15   Q    Okay.  Did Mr. Sandlin say anything to you, That's part of

16   what you've been paid for?

17   **A**    No.

18   Q    Okay.  You understood though from that, that you weren't

19   going to get any more money other than what was paid for the

20   billable hour, for the actual -- for what was paid for the

21   billable hour; correct?

22   **A**    I knew that I wouldn't get paid.

23   Q    Did you have any other types of things that you either

24   inquired about or that you questioned about your -- about your

25   check?

bd92228d-2d93-4339-b8d8-9fa7d87cf7cc

Cherie Buckley

52

1   **A**    Not that I can recall.

2   Q    Did you have any other discussions or questions about your

3   compensation?

4   **A**    Not that I can recall, not any others.

5   Q    Did you ever tell anyone at Life Strategies that you

6   thought you should be paid overtime?

7   **A**    Not that I can recall directly.

8   Q    You certainly don't have any note or letter or email or

9   text where you made that that type of claim; correct?

10  **A**    Right.  Correct.

11  Q    Did you also -- during the time that you were there, in

12  addition to getting a pay stub, did you have access to

13  information about what items were billed and that you were --

14  **A**    You can look into the note documentation system, and you

15  can get a review of what has been billed per client or per your

16  caseload.

17  Q    Did you -- did you ever check that against what you were

18  paid?

19  **A**    At times, yes.

20  Q    Okay.  Ever have any instance where that was -- where what

21  was reflected in that system was different than what you -- or,

22  where you thought it was different than what was being paid to

23  you?

24  **A**    That was just for entering the individual note status.  Of

25  course, dealing with insurance, if it was paid, you know, when

Cherie Buckley

53

1    the claims came through, that's a different type of system.

2    But if I put that note in, that was there, and I was able to

3    use that to count and compare it with mine also.

4    Q    You didn't have any kind of exception report or something

5    like that, that would show you maybe ones that were not

6    billable for whatever reason; correct?

7    **A**    Correct.

bd92228d-2d93-4339-b8d8-9fa7d87cf7cc