IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

STACY WIHEBRINK, Individually and on
Behalf of All Others Similarly Situated                              PLAINTIFF

v.                          No. 4:21-cv-573-DPM

LIFE STRATEGIES COUNSELING, INC.                              DEFENDANT

## STATEMENT OF UNDISPUTED FACTS

Comes now, Defendant, Life Strategies Counseling, Inc., by and through its attorneys, Womack Phelps Puryear Mayfield and McNeil, P.A., and for its Statement of Undisputed, Material Facts, submitted pursuant to Local Rule 56.1, states:

1. Life Strategies Counseling, Inc. ("LSCI") provides mental health services. Services are provided from various offices, in client homes and in schools. Ex. A

2. The types of therapy are individual, family, and group therapy. Ex. A.

3. Life Strategies Counseling, Inc. hires mental health professionals to provide mental health therapy. A mental health professional may be part-time, full-time or even PRN.

4. A person who is part-time will bill on average less than twenty-two (22) hours per week. This designation of part-time versus full-time is primarily based on the for meeting the requirements of the Affordable Care Act. Full-time does not denote a person works forty (40) hours or more during a workweek. Ex. A.

5. When employees begin, on-site training is provided. At the time of training, a person does not have any active clients with LSCI and is not required to perform the tasks required to bill for therapy. Ex. A.

1

6. Tequlia Pickrom and Casey Butler did not bill any hours. Each only completed her training. Ex. A.

7. When a mental health professional is hired, that individual learns of the rate to be paid per billable hour. A billable hour requires that the person complete the tasks necessary for payment by either Medicaid or private insurance. Ex. A.

8. Separately, group therapy is paid based on the tasks necessary for payment for that therapy. The payment amount depends on the size of the group (from 2 to 10 clients) and the units involved. Ex. A.

9. Training/inservice/staffing is paid separately. The rate is one-half the billable hour rate. No billable hour work is included in payment for training/inservice/staffing. Ex. A.

10. At the end of 2019, Life Strategies Counselling, Inc. changed payroll companies. With that change, Life Strategies Counseling, Inc. transitioned from biweekly pay to semimonthly pay. Ex. A.

11. In reviewing the pay records produced the following individuals were billed on a weekly basis in either the single digits or the low double digits or teens: Lisa Austion, Beverly Counts, Sabrina Dickerson, Michael Evans, Ashley Haliburton, Kenya Liddell, and Sasha O'Guinn. Ex. A.

12. The following individuals were last employed in various states in 2018: Michael L. Evans, Kenya Liddell, Tequilia Pickrom, and Casey Butler. Ex. A.

13. When employees began their work, they sign an agreement which indicates their billable hour rate. Ex. A.

14. On June 25, 2021, Plaintiff Wihebrink filed suit. Ms. Wihebrink did not file consent to join. Doc. 1.

15. On April 26, 2022, the Court conditionally certified a collective of individuals who had performed work for Life Strategies Counseling, Inc., as mental health therapists. Doc 14.

16. Life Strategies Counseling, Inc. sent Requests for Admissions to Plaintiff and all of all Opt-ins on November 29, 2022. See Exhibit B.

17. According to the Final Scheduling Order, the discovery deadline passed on March 15, 2023, and no answers to requests for admissions were provided. Docs. 8, 36.

18. At a date agreed by counsel, Notices of deposition were sent for several employees. Opt-ins Cathleen West and Destiny Wineland failed to appear. See Exhibit C.

19. Four opt-ins submitted consents to join filed over three (3) years after their date of last employment:

|   | Date of Consent to Joint | Last Workweek |
|---|---|---|
| • Michael L. Evans | May 6, 2022 (Doc. 15) | July 19, 2018 |
| • Kenya Liddell: | May 9, 2022 (Doc. 16) | September 9, 2018 |
| • Tequlia Pickrom | May 25, 2022 (Doc. 21) | December 6, 2018 |
| • Casey Butler | July 18, 2022 (Doc. 29) | July 19, 2018 |

Respectfully submitted

WOMACK PHELPS PURYEAR
MAYFIELD & McNEIL, P.A.
P.O. Box 3077
Jonesboro, AR 72403
Phone: (870) 932-0900
Facsimile: (870) 932-2553
mmayfield@wpmfirm.com

By: /s/ Mark Mayfield
*Attorneys for Life Strategies
Counseling, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of April, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Daniel Ford (daniel@sanfordlawfirm.com)
Josh Sanford (josh@sanfordlawfirm.com)
SANFORD LAW FIRM. PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Ste. 510
Little Rock, AR 72211

/s/ Mark Mayfield
Mark Mayfield