IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STACY WIHEBRINK, Individually and on
Behalf of All Others Similarly Situated**                                                    **PLAINTIFF**

v.        No. 4:21-cv-573-DPM

**LIFE STRATEGIES COUNSELING, INC.**                                                **DEFENDANT**

**JOINT STATUS REPORT**

Plaintiff Stacy Wihebrink, individually and on behalf of all others similarly situated, and Defendant Life Strategies Counseling, Inc., by and through their respective undersigned counsel, for their Joint Status Report, do hereby state and allege as follows:

1. On 13 January, Plaintiff filed her unopposed motion for extension of deadlines. (ECF No. 34)

2. On 18 January, the Court granted Plaintiff's motion and issued an Amended Final Scheduling Order. (ECF No. 35 & 36)

3. The Order directed the parties to submit a Joint Status Report, including settlement conference request, on or before 17 April.

4. The parties have continued to formally and informally exchange information and have continued to make progress in their efforts to explore resolution of the named plaintiffs' and opt-in plaintiffs' claims. The parties are not at a point in their discussions that a settlement conference would be beneficial at present; however, the parties should know within the next 60 days whether a settlement conference would be beneficial.

5. For this reason, at this time, the parties request the Court to defer the opportunity to request a settlement conference for 60 days.

Respectfully submitted,

**STACY WIHEBRINK, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Daniel Ford
Ark. Bar No. 2014162
daniel@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and   **DEFENDANT LIFE STRATEGIES COUNSELING, INC.**

WOMACK PHELPS PURYEAR
MAYFIELD & McNEIL, P.A.
301 West Washington
Jonesboro, Arkansas 72403
Telephone: (870) 336-6445

*/s/ Mark Mayfield*
Mark Mayfield
Ark. Bar No. 93180
mmayfield@wpmfirm.com

P.O. Box 3077
Jonesboro, AR 72403
Phone: (870) 932-0900
Facsimile: (870) 932-2553