IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STACY WIHEBRINK, Individually and on**            **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                      No. 4:21-cv-573-DPM

**LIFE STRATEGIES COUNSELING, INC.**           **DEFENDANT**

### <u>PLAINTIFF'S UNOPPOSED MOTION FOR BRIEFING SCHEDULE</u>

Plaintiff Stacy Wihebrink ("Plaintiff"), individually and on behalf of all others similarly situated, by and through her attorneys Daniel Ford and Josh Sanford of the Sanford Law Firm, PLLC, for her Unopposed Motion for Briefing Schedule, states and alleges as follows:

1.       On 17 April, Defendant filed two motions: 1) Defendant's Motion for Summary Judgment (ECF No. 38) and 2) Defendant's Motion to Decertify (ECF No. 41).

2.       Plaintiff's responses are currently due to these motions by 1 May.

3.       In order to allow all Parties sufficient time to fully brief the issues raised in these motions, Plaintiff moves for this Court to adopt a modified briefing schedule which sets the response and reply due dates as follows:

- Plaintiff's Response to Defendant's Motion to Decertify: 5 May 2023.

- Plaintiff's Response to Defendant's Motion for Summary Judgment: 12 May 2023.

- Defendant's Reply for its Motion to Decertify: 12 May 2023

- Defendant's Reply for its Motion for Summary Judgment: 26 May 2023.

4.     The extensions occasioned by this briefing schedule would not interfere with the trial date currently set for 16 October 2023, and would still allow all dispositive motions filed to be fully briefed and ripe for the Court's consideration well in advance of that date.

5.     These extensions are sought in good faith and not for delay.

6.     Plaintiff has conferred with Defendant, and this Motion is unopposed.

WHEREFORE, premises considered, Plaintiff requests that this Court adopt the briefing schedule proposed in paragraph 3 above, and for all other relief to which Plaintiff is entitled.

Respectfully submitted,

**PLAINTIFF STACY WIHEBRINK,
Individually and on Behalf of
All Others Similarly Situated**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Daniel Ford
Ark. Bar No. 2014162
daniel@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com