IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STACY WIHEBRINK, Individually and on**     **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                 No. 4:21-cv-573-DPM

**LIFE STRATEGIES COUNSELING, INC.**             **DEFENDANT**

## MOTION TO WITHDRAW ADMISSIONS AND FOR EXTENSION OF TIME TO SERVE RESPONSES

Plaintiff Stacy Wihebrink ("Plaintiff"), individually and on behalf of all others similarly situated, by and through her attorneys Daniel Ford and Josh Sanford of the Sanford Law Firm, PLLC, and for her Motion to Withdraw Admissions and for Extension of Time to Serve Responses, states and alleges as follows:

1. Plaintiff brought this suit individually and on behalf of certain other current and former Mental Health Professionals who worked for Defendant, who are similarly situated, to recover unpaid overtime wages, liquidated damages, prejudgment interest, costs, and attorneys' fees pursuant to Section 216(b) of the Fair Labor Standards Act ("FLSA").

2. On 30 November, 2022, Defendant served its First Set of Requests for Admission (hereinafter "Requests for Admissions") on Plaintiff and Opt-In Plaintiffs (hereinafter collectively referred to as "Plaintiffs"). *See* Requests for Admissions (ECF No. 38-2).

Page 1 of 3
Stacy Wihebrink, et al. v. Life Strategies Counseling, Inc.
U.S.D.C. (E.D. Ark.) No. 4:21-cv-573-DPM
Motion to Withdraw Admissions and for Extension of Time to Serve Responses

3.      Plaintiffs did not respond to the Requests for Admissions within the thirty days envisioned by Fed. R. Civ. P. 36. However, Plaintiffs have responded to the Requests for Admissions with Denials as of 12 May, 2023, denying all Requests for Admissions.

4.      Defendant's Requests for Admissions are inappropriate under Fed. R. Civ. P. 36 because they inappropriately draw conclusions of law; ask Plaintiffs to wholly waive their overtime claims with no factual embellishment whatsoever; and are wholly contrary to the facts repeatedly alleged by Plaintiffs in this case

5.      Therefore, this Court should refuse to deem the Requests for Admissions as admitted, and grant Plaintiffs permission to make untimely Answers to Requests for Admissions and to withdraw any admissions made through failure to timely respond to the Requests for Admissions.

WHEREFORE, premises considered, Plaintiff, individually and on behalf of all others similarly situated, prays that this Court refuse to deem the Requests for Admissions as admitted, and permit Plaintiffs to make Answers to the Requests for Admissions and to withdraw any admissions made through failure to timely respond to the Requests for Admissions; for costs and a reasonable fee; and for all other relief to which Plaintiff may be entitled, whether specifically prayed for or not.

Page 2 of 3
**Stacy Wihebrink, et al. v. Life Strategies Counseling, Inc.**
**U.S.D.C. (E.D. Ark.) No. 4:21-cv-573-DPM**
**Motion to Withdraw Admissions and for Extension of Time to Serve Responses**

Respectfully submitted,

**PLAINTIFF STACY WIHEBRINK,
Individually and on Behalf of
All Others Similarly Situated**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Daniel Ford
Ark. Bar No. 2014162
daniel@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 3 of 3
Stacy Wihebrink, et al. v. Life Strategies Counseling, Inc.
U.S.D.C. (E.D. Ark.) No. 4:21-cv-573-DPM
Motion to Withdraw Admissions and for Extension of Time to Serve Responses