**From:** Daniel Ford <daniel@sanfordlawfirm.com>
**Sent:** Friday, January 13, 2023 10:13 AM
**To:** Mark Mayfield <mmayfield@wpmfirm.com>
**Subject:** Wihebrink Extension Motion

Mark,

I know I sound like a broken record on this one, but we've gotten slammed with both this case and several other cases that are close to trial, and I just haven't been able to finalize our damages review and respond with a demand yet. We've got a lot of discovery due back to you today. I can serve some objections and some of the plaintiffs' responses, but we are not going to be able to get everyone's responses back to you today.

My proposal is this: The trial date isn't until October, how about we formally ask the Court to move the discovery deadline, motion deadline and status report re: settlement conference back to March 15 and April 15th (for those second two, which are currently on the same day, Feb. 15th). This would give us a little more time to work, and then some actual wiggle room to conduct discovery/depositions if necessary. I expect to get you a demand within the next two weeks.

This wouldn't affect the trial date or timeline of the case, and it'd be a big help to us and I think to everyone, in terms of keeping fees down while we work to resolve this. If you're in agreement, we can prepare a motion today for your review.

I'm in a mediation all day today, but can find time to talk if necessary.

### Daniel Ford



**Attorney at Law, Sanford Law Firm**

800-615-4946 (Main) | 501-904-1653 (Direct)

daniel@sanfordlawfirm.com | www.sanfordlawfirm.com

10800 Financial Centre Parkway, Suite 510
Little Rock, AR 72211

**Little Rock • Birmingham • Chicago • Denver • Omaha • Phoenix • San Antonio • Seattle**

Attorneys admitted in courts in AL • AR • AZ • CO • HI • IL • MI • MO • MS • NC • ND • NE • NM • NY • OH • OK • TN • TX • WA • WI

 **No. 1 Plaintiff Employment Law Firm in the U.S.** 



From: **Mark Mayfield** <mmayfield@wpmfirm.com>
Date: Fri, Jan 13, 2023 at 2:07 PM
Subject: RE: Wihebrink Extension Motion
To: Daniel Ford <daniel@sanfordlawfirm.com>

Please go ahead and have the motion for extension prepared.  We agree.

**Mark Mayfield, Esq.**



301 West Washington | Jonesboro, AR 72401

PO Box 3077 | Jonesboro, AR 72403

O:  870.932.0900 | D:  870.336.6445

mmayfield@wpmfirm.com

**CONFIDENTIALITY NOTICE**: This message and any attachment may constitute a confidential attorney-client communication and, therefore, be privileged or otherwise protected by applicable law. It is intended exclusively for the individual or entity to which it is addressed. If you are not the intended recipient of this message, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of this message.