IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STACY WIHEBRINK, Individually and on**
**Behalf of All Others Similarly Situated**                                        **PLAINTIFF**

v.        No. 4:21-cv-573-DPM

**LIFE STRATEGIES COUNSELING, INC.**                                         **DEFENDANT**

**JOINT STATUS REPORT**

Plaintiff, Stacy Wihebrink, individually and on behalf of all others similarly situated, and Defendant, Life Strategies Counseling, Inc., by and through their respective undersigned counsel, and for their Joint Status Report, state:

1. The parties have agreed to a joint settlement conference with a United States Magistrate Judge, and request assignment to said Judge for scheduling.

        Respectfully submitted,

        **STACY WIHEBRINK, Individually and on**
        **Behalf of all Others Similarly Situated,**
        **PLAINTIFF**

        SANFORD LAW FIRM, PLLC
        Kirkpatrick Plaza
        10800 Financial Centre Pkwy, Suite 510
        Little Rock, Arkansas 72211
        Telephone: (501) 221-0088
        Facsimile: (888) 787-2040

        Daniel Ford
        Ark. Bar No. 2014162
        daniel@sanfordlawfirm.com

        Josh Sanford
        Ark. Bar No. 2001037
        josh@sanfordlawfirm.com

    **and**

                                    **DEFENDANT LIFE STRATEGIES COUNSELING, INC.**

                                    WOMACK PHELPS PURYEAR
MAYFIELD & McNEIL, P.A.
301 West Washington
Jonesboro, Arkansas 72403
Telephone: (870) 336-6445

Mark Mayfield
Ark. Bar No. 93180
mmayfield@wpmfirm.com

P.O. Box 3077
Jonesboro, AR 72403
Phone: (870) 932-0900
Facsimile: (870) 932-2553

Attorneys for Defendant