## CIVIL CASE MINUTES

       **Case Title:**       Stacy Wihebrink v Life Strategies Counseling, Inc.

       **Case Number:**      4:21-cv-00573 DPM

       **Before U.S. Magistrate Judge Joe J. Volpe**

       **Date of Proceeding:**   August 22, 2023

       **ECRO:**           Lorna Jones

<u>1:38 p.m.</u>

The Settlement Conference begins.

<u>5:10 p.m.</u>

The parties did not reach an agreement for settlement.

       **Counsel for Plaintiff:**    Daniel D. Ford

       **Counsel for Defendant:**   Mark A. Mayfield