IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

STACY WIHEBRINK, Individually and on
Behalf of All Others Similarly Situated                                     PLAINTIFF

v.                             No. 4:21-cv-573-DPM

LIFE STRATEGIES COUNSELING, INC.                                          DEFENDANT

## ENTRY OF APPEARANCE

Comes now Jeffrey W. Puryear, of the law firm of Womack Phelps Puryear Mayfield & McNeil, P.A., and hereby enters his appearance as counsel for and on behalf of defendant, Life Strategies Counseling, Inc.

    Respectfully submitted,

    Jeffrey W. Puryear (93109)
    WOMACK PHELPS
    PURYEAR MAYFIELD & McNEIL, P.A.
    P.O. Box 3077
    Jonesboro, AR  72403
    (870) 932-0900
    jpuryear@wpmfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of September, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which shall send electronic notification of such filing to the following:

Daniel Ford
Josh Sanford
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Ste. 510
Little Rock, AR 72201
daniel@sanfordlawfirm.com
josh@sanfordlawfirm.com

      /s/ Jeffrey W. Puryear
      Jeffrey W. Puryear