(Post 11/2019) Notice, Consent and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### Central Division

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 23 2023
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

| | | |
|---|---|---|
| STACY WIHEBRINK, Individually and on Behalf of All Others Similarly Situated<br>*Plaintiff*<br>v.<br>LIFE STRATEGIES COUNSELING, INC.<br>*Defendant* | ) ) ) ) ) ) ) | Case No. 4:21-cv-573-DPM |

### NOTICE, CONSENT AND REFERENCE OF A CIVIL ACTION
### TO MAGISTRATE JUDGE JOE J. VOLPE
### (MANDATORY RESPONSE REQUIRED)

*Notice of a Magistrate Judge's availability.* A United States Magistrate Judge of this court is available to conduct all proceedings in this civil action and to order the entry of a final judgment. The judgment may then be appealed directly to the United States Court of Appeals like any other judgment of this court. A Magistrate Judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a Magistrate Judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

**You must return this form to the Clerk of Court's office within 21 days from date of this notice regardless of whether or not you are consenting to the exercise of jurisdiction by a United States Magistrate Judge.**

☐ Election to have case remain with a United States District Judge.

☑ *Consent to a Magistrate Judge's authority.* The following parties consent to have a United States Magistrate Judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| Stacy Wihebrink | [signature] | 10/19/2023 |
| Life Strategies Counseling, Inc. | /s/ Mark Mayfield | 10/18/2023 |

### Reference Order

**IT IS ORDERED:** This case is referred to a United States Magistrate Judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: 23 Oct. 2023                        [signature]
                                          *District Judge's signature*

                                          D.P. Marshall Jr.  U.S. District Judge
                                          *Printed name and title*