IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STACY WIHEBRINK, Individually and on**     **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.               No. 4:21-cv-573-DPM-JJV

**LIFE STRATEGIES COUNSELING, INC.**           **DEFENDANT**

### NOTICE OF APPEARANCE—SAMUEL BROWN

Attorney Samuel Brown of Sanford Law Firm, PLLC, does hereby enter his appearance on behalf of Plaintiffs. Mr. Brown certifies that he is a member in good standing of the Bar of the Eastern District of Arkansas and is a registered CM/ECF filer. Mr. Brown will serve as counsel along with Plaintiffs' other attorneys.

Respectfully submitted,

**ATTORNEY SAMUEL BROWN**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Samuel Brown
Ark. Bar No. 2020210
samuel@sanfordlawfirm.com