**This settlement is not valid unless it is approved by the United States District Court for the Eastern District of Arkansas Central Division.**

## SETTLEMENT AGREEMENT AND RELEASE

The undersigned Stacy Wihebrink (hereinafter "Named Plaintiff"), individually and on behalf of Opt-In Plaintiffs Lisa Austion, Paul Bailey, Shelby Barnhill, Cherie Buckley, Timothy A. Burks, Casey Butler, Beverly Counts, Sabrina Dickerson, Sally England, Michael Evans, Ashley Haliburton, Nina Harrison, Kenya Liddell, Monique Martin, Megan Myers, Sasha O'Guinn, Tequlia Pickrom, Cristina Puckett, Taylor Shelby, Cathleen West, Ruth Wheller, Jenifer Williamson, and Destiny Wineland (hereinafter "Opt-In Plaintiffs"),  as well as individual Plaintiff Derrick Singleton (together with Named Plaintiff and Opt-In Plaintiffs, "Plaintiffs", or Plaintiff referring to each in the singular) have reached an agreement with Life Strategies Counseling, Inc. (hereinafter "Defendant") and seek Court approval of the settlement terms as set forth below in the case styled, *Stacy Wihebrink v. Life Strategies Counseling, Inc.* U.S.D.C., Eastern District of Arkansas, Central Division No. 4:21-cv-00573 (DPM) (hereinafter "the Lawsuit").  Derrick Singleton has been allowed to be an opt-in in this matter and has also filed his own suit, *Derrick Singleton, Individually and on Behalf of All Others Similarly Situated v. Life Strategies Counseling, Inc.,* U.S.D.C., Eastern District of Arkansas, Central Division No. 4:23-cv-562-LPR, but has agreed to settle all of the claims that could be brought in either matter in this matter.  In a settlement conference, the parties reached an agreement to settle the wage and liquidated damages portion on October 13, 2023.  Separately on October 16, 2023, the parties negotiated the fees and costs, reaching an agreement on October 17, 2023.

1.    **SETTLEMENT AMOUNT**:  Defendant agrees to pay a total settlement amount of $153,750.00 to Plaintiffs and Plaintiffs' counsel, consisting of the following:

a. $57,875.00 payable as wages to Plaintiffs as set forth in Appendix A to this Agreement, subject to applicable withholdings;

b. $60,875.00 payable to the Sanford Law Firm, PLLC Trust Account for the nonwage portion of the settlement.  The amount payable to Plaintiffs is subject to the attorneys' fee claim of Counsel for the Plaintiffs.  The Motion for Approval may include a request for a contingency based on the total of Paragraphs a. and b.  Such amount, if approved, will be deducted, and paid,  from the total listed in this Paragraph, b.; and

c. $35,000.00 payable to Sanford Law Firm, PLLC as the separately-negotiated attorneys' fees and costs amount.

d. A Settlement Allocation setting forth Plaintiffs' settlement shares assuming the Court approves Plaintiffs' Counsel's request is attached hereto as Appendix A.

2.      **RELEASE**:  Subject to Court approval, Plaintiffs, all of their respective agents, employees, successors, heirs, administrators, executors, partners, and assigns, release Defendant, its parents, subsidiaries, affiliates, divisions, predecessors, employees, agents, officers, directors, representatives, shareholders, successors, and assigns, from any and all claims, causes of action, demands, rights, damages, requests for equitable relief, liquidated damages, punitive damages, expenses, interest, and penalties arising out of Defendant's alleged non-payment of wages in the nature of known or unknown regular wages and/or overtime compensation for work performed for Defendant by any of the Plaintiffs under any and all applicable State and Federal law.

3.      **COURT APPROVAL**:  Within seven (7) days of complete execution of this Agreement, the parties shall file appropriate pleadings seeking Court approval of this Agreement and executing any documents or appear in court, undertake any other actions necessary to affect

Doc ID: 9d16dfa390ed2dd62a3400c59362e98ee65b19e5

the settlement, and cooperate with any and all requests of the Court.  Nothing in this provision is intended to prevent a party from testifying truthfully.

4.   **DISBURSEMENT OF THE SETTLEMENT AMOUNT**:

a.   Named Plaintiff and Defendant acknowledge that there are several disputes at issue in the Lawsuit and that the parties may differ over the estimate as to the amount of regular wages and/or overtime that could be claimed, if any.  The wage payment listed in 2.a. above will be reported by Defendant as wages for tax purposes with each Plaintiff receiving an IRS Form W-2 for this portion of the settlement disbursement.  This payment shall be subject to standard wage withholdings, taxes, and other deductions required by law.  The payment in 2.d. to Sanford Law Firm, PLLC will be reported on IRS Form 1099 as non-wage income.  Each Plaintiff who receives a settlement payment shall be solely responsible for payment of any local, state, or federal taxes resulting from or attributable to the payments received under this settlement with the sole exception of Defendant's statutory tax obligation under FUTA/FICA or other tax rules.

b.   Payments shall be delivered to Sanford Law Firm, PLLC, 10800 Financial Centre Parkway, Suite 510, Little Rock, Arkansas 72211 within thirty (30) days of the execution of this Agreement and Court approval of the settlement.  Defendant shall reissue any lost, stale, or damaged checks at no cost upon request from Plaintiffs' counsel.

5.   **NON-DISPARAGEMENT**:  Named Plaintiff, Derrick Singleton, and Defendant will not make, cause to be made, or repeat any statement (oral, written, electronic, or otherwise) criticizing or disparaging the other or the other's officers, employees, agents, suppliers, servicers, or affiliates.

6.   **DENIAL OF LIABILITY**:  Defendant makes this payment while denying and disclaiming any liability to Plaintiffs or any other person for any alleged violation of Plaintiffs'

3

rights or the rights of any other person, or for any alleged violation of any order, law, statute, duty, or contract by Defendant.  Neither the acceptance, nor the performance by Defendant shall be claimed to be, construed as, or deemed a precedent, or an admission by Defendant of the truth of any of the allegations asserted in the Lawsuit or the validity of any claims therein or what could have been asserted by Plaintiffs.

7.      **NO ASSIGNMENT**:  Named Plaintiff and Derrick Singleton represent that neither has assigned nor transferred, nor purported to assign or transfer, to any other person, or entity, their rights in the Lawsuit or any interest therein, or any interest in any wages or other payment, or any other interest in any claims or claims arising out of any of the matter which are the subject of this Agreement.

8.      **ENTIRE AGREEMENT**:  This Agreement contains the entire agreement and understanding between Plaintiffs and Defendant with respect to its subject matter and supersedes all other agreements between Plaintiffs and Defendant.

9.      **COUNTERPARTS**:  The Agreement may be executed in counterparts, each of which shall be deemed an original, but all of which together shall be deemed the same Agreement. This Agreement may be signed electronically, and a signed copy of the Agreement delivered by electronic means to counsel for Plaintiffs or counsel for Defendant shall be deemed to have the same legal effect as delivery of a physical copy of the Agreement.

Doc ID: 9d16dfa390ed2dd62a3400c59362e98ee65b19e5

5

_Stacy Wihebrink_
_____
Stacy Wihebrink, individually and on
behalf of others similarly situated

Date: ___01 / 30 / 2024___

_____
Derrick Singleton

Date: _____

_____
Life Strategies Counseling, Inc.

Date: _____

Doc ID: 9d16dfa390ed2dd62a3400c59362e98ee65b19e5

_____
Stacy Wihebrink, individually and on
behalf of others similarly situated

Date: _____

_____
Derrick Singleton

Date: 01 / 30 / 2024

_____
Life Strategies Counseling, Inc.

Date: 02/15/2024

5

Doc ID: 36736775675ab57a12d8b161dc778abe1790ee3f

Appendix A - Plaintiff Settlement Allocation

| Plaintiff's Name | W-2 Settlement Share | 1099 Settlement Share | Service Award |
|---|---|---|---|
| Austion, Lisa | $32.91 | $17.09 | |
| Bailey, Shelby | $2,969.05 | $1,541.89 | |
| Barnhill, Shelby | $3,936.92 | $2,044.53 | |
| Buckley, Cherie | $8,724.78 | $4,530.99 | |
| Burks, Timothy | $32.91 | $17.09 | |
| Butler, Casey | $32.91 | $17.09 | |
| Counts, Beverly | $32.91 | $17.09 | |
| Dickerson, Sabrina | $32.91 | $17.09 | |
| England, Salley | $1,136.83 | $590.38 | |
| Evans, Michael | $554.21 | $287.81 | |
| Haliburton, Ashley | $32.91 | $17.09 | |
| Harrison, Nina | $57.33 | $29.78 | |
| Liddell, Kenya | $100.53 | $52.20 | |
| Martin, Monique | $32.91 | $17.09 | |
| Myers, Megan | $2,625.88 | $1,363.68 | |
| O'Guinn, Sasha | $32.91 | $17.09 | |
| Pickrom, Tequlia | $32.91 | $17.09 | |
| Puckett, Cristina | $715.38 | $371.51 | |
| Shelby, Taylor | $135.36 | $70.29 | |
| Singleton, Derrick | $3,290.94 | $1,709.06 | |
| West, Cathleen | $12,738.70 | $6,615.51 | |
| Wheller, Ruth | $1,942.77 | $1,008.93 | |
| Wihebrink, Stacy | $959.76 | $498.42 | $3,000.00 |
| Williamson, Jenifer | $8,836.25 | $4,588.87 | |
| Wineland, Destiny | $8,854.14 | $4,598.17 | |
| | $57,875.00 | $30,055.85 | |

Doc ID: 9d16dfa390ed2dd62a3400c59362e98ee65b19e5