IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

STACY WIHEBRINK, Individually and on　　　　　　　　　　　　　　　　　PLAINTIFF
Behalf of All Others Similarly Situated

vs.　　　　　　　　　　　　　No. 4:21-cv-00573-JJV

LIFE STRATEGIES COUNSELING, INC,　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER & JUDGMENT

The parties reached a settlement on October 17, 2023. The parties have now filed a Joint Motion to Approve Settlement and seek dismissal of this cause of action. (Doc. No. 70.) After careful review of the pleadings, the Court approves the proposed settlement and grants the joint motion for final approval. The agreement is fair, reasonable, and adequate. Additionally, the attorney's fees are reasonable given the work done, local hourly rates, and results achieved. *Petrovic v. Amoco Oil Company*, 200 F.3d 1140, 1157 (8th Cir. 1999).

IT IS, THEREFORE, ORDERED that:

1) The parties' Joint Motion to Approve Settlement (Doc. No. 70) is GRANTED, and the case is dismissed with prejudice.

DATED this 26th day of February 2024.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE